IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BECKY WISE and JAY WISE, as Surviving Parents of LILY WISE, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN SPIVEY, M.D.; VALERIE SMITH, CNM; HARBIN CLINIC, LLC; REBECCA EVANS, CNM; and CARTERSVILLE OB/GYN ASSOCIATES, P.C.; <br><br> Defendants. | Civil Action File No. 4:20-cv-00191-JPB <br><br> JURY TRIAL REQUESTED |

## CONSENT STIPULATION OF DISMISSAL

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41, by and through their undersigned counsel of record, hereby file this stipulation of dismissal *with prejudice*, of all claims against Defendants Rebecca Evans, CNM and Cartersville OB/GYN Associates, P.C. All parties who have appeared consent to this action.

Steven Spivey, M.D., Valerie Smith, CNM and Harbin Clinic, LLC remain defendants in this action.

This 23rd day of February 2021.

Respectfully submitted,

        /s/ Daniel J. Conner Jr.
Nelson O. Tyrone
Georgia Bar No. 721189
Daniel J. Conner, Jr.
Georgia Bar No. 940568

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

TYRONE LAW FIRM
1819 Peachtree Road NE
Suite 400
Atlanta, Georgia 30309
(404) 377-0017 telephone
(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com

        /s/ Robert K. Finnell
Robert K. Finnell
Georgia Bar No. 261575

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

THE FINNELL FIRM
P.O. Box 63
Rome, Georgia 30162
(706) 235-7272 telephone
(706) 235-9461 facsimile
bob@finnellfirm.com

        /s/ Eric Frisch
Eric Frisch
Georgia Bar No. 261683

*Attorney for Defendants Steven Spivey, M.D., Valerie Smith, CNM, and Harbin Clinic, LLC*

COPELAND, STAIR, KINGMA &
LOVELL, LLP
One Ninety One Peachtree Tower
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
efrisch@cskl.law

/s/ Paul E. Weathington
Paul E. Weathington
Georgia Bar No. 743120
J. Hilliard Burton
Georgia Bar No. 703213

*Attorneys for Defendants Rebecca Evans, CNM; And Cartersville OB/GYN Associates, PC*

THE WEATHINGTON FIRM
191 Peachtree Street, NE Suite 3900
Atlanta, GA 30303
Phone: 404-524-1600
Facsimile: 404-524-1610
pweathington@weathington.com
hrburton@weathington.com

3

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

BECKY WISE and JAY WISE, as
Surviving Parents of LILY WISE,

Plaintiffs,

v.

STEVEN SPIVEY, M.D.; VALERIE
SMITH, CNM; HARBIN CLINIC,
LLC; REBECCA EVANS, CNM; and
CARTERSVILLE OB/GYN
ASSOCIATES, P.C.;

Defendants.

Civil Action File No.
4:20-cv-00191-JPB

JURY TRIAL REQUESTED

**CERTIFICATE OF SERVICE**

Counsel for Plaintiffs hereby certifies that the undersigned has this day served CONSENT STIPULATION OF DISMISSAL upon all parties of record via electronic filing and electronic mail as follows

| | |
|---|---|
| Eric Frisch | Paul E. Weathington |
| State Bar No. 261683 | Georgia Bar No. 743120 |
| COPELAND, STAIR, KINGMA & LOVELL, LLP | J. Hilliard Burton |
| | Georgia Bar No. 703213 |
| One Ninety-One Peachtree Tower | THE WEATHINGTON FIRM |
| 191 Peachtree Street, NE | 191 Peachtree Street, NE Suite 3900 |
| Suite 3600 | Atlanta, GA 30303 |
| Atlanta, Georgia 30303 | Phone: 404-524-1600 |
| 404-522-8220 | Facsimile: 404-524-1610 |
| efrisch@cskl.law | pweathington@weathington.com |

*Attorney for Defendants Steven Spivey, M.D., Valerie Smith, CNM, and Harbin Clinic, LLC*

This 23rd day of February 2021.

TYRONE LAW FIRM
1819 Peachtree Road NE
Suite 400
Atlanta, Georgia 30309
(404) 377-0017 telephone
(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com

hrburton@weathington.com

*Attorneys for Defendants Rebecca Evans, CNM; and Cartersville OB/GYN Associates, PC*

Respectfully submitted,

*/s/ Daniel J. Conner Jr.*
Daniel J. Conner, Jr.
Georgia Bar No. 940568

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

5