IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BECKY WISE and JAY WISE, as Surviving Parents of LILY WISE,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN SPIVEY, M.D.; VALERIE SMITH, CNM; HARBIN CLINIC, LLC;<br><br>Defendants. | Civil Action File No. 4:20-cv-00191-SEG<br><br>JURY TRIAL REQUESTED |

## **CONSENT STIPULATION OF DISMISSAL**

Plaintiffs, pursuant to Federal Rule of Civil Procedure 41, file this consent stipulation of dismissal of all claims against Defendant Steven Spivey, M.D. All parties who have appeared consent to this dismissal.

Valerie Smith, CNM, and Harbin Clinic (only to the extent Harbin Clinic is vicariously liable for the negligence of Defendant Smith) remain Defendants.[1]

---

[1] The parties agree that by joining this stipulation, Defendants Smith and Harbin Clinic do not waive and expressly reserve their right to argue that provisions of O.C.G.A. § 51-12-33 (the "Apportionment Statute") should apply to this case. Plaintiffs contend that the Apportionment Statute is inapplicable. Plaintiffs and Defendants anticipate briefing this issue and will request a hearing with the Court to seek a ruling on this issue before trial.

This 27th day of November 2023.

                                              Respectfully submitted,

                                              */s/ Daniel J. Conner Jr.*
                                              Nelson O. Tyrone
                                              Georgia Bar No. 721189
                                              Daniel J. Conner, Jr.
                                              Georgia Bar No. 940568

                                              *Attorneys for Plaintiffs Becky Wise and Jay Wise*

TYRONE LAW FIRM
1819 Peachtree Road NE
Suite 400
Atlanta, Georgia 30309
(404) 377-0017 telephone
(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com

                                              */s/ Robert K. Finnell*
                                              Robert K. Finnell
                                              Georgia Bar No. 261575

                                              *Attorney for Plaintiffs Becky Wise and Jay Wise*

THE FINNELL FIRM
P.O. Box 63
Rome, Georgia 30162
(706) 235-7272 telephone
(706) 235-9461 facsimile
bob@finnellfirm.com

                                              */s/ Leighton Moore*
                                              Leighton Moore

THE MOORE LAW FIRM, P.C.
1819 Peachtree Road NE
Suite 403
Atlanta, Georgia 30309
(678) 237-0330 telephone
leighton@moorefirmpc.com

Georgia Bar No. 520701

*Attorney for Plaintiffs Becky Wise and Jay Wise*

/s/ Eric Frisch
Eric Frisch
Georgia Bar No. 261683
Taylor J. Revenew
Georgia Bar No. 946530

*Attorney for Defendants Valerie Smith, CNM, and Harbin Clinic, LLC*

COPELAND, STAIR, KINGMA & LOVELL, LLP
One Ninety-One Peachtree Tower
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
404-522-8220
efrisch@cskl.law

/s/ Daniel J. Huff
Daniel J. Huff
Georgia Bar No. 374860
David D. MacKenzie
Georgia Bar No. 796972

*Attorneys for Defendant Steven Spivey, M.D.*

HUFF, POWELL & BAILEY, LLC
999 Peachtree St., NE
Suite 950,

3

Atlanta, GA 30309
Phone: 404-892-4022
Facsimile: 404-892-4033
dhuff@huffpowellbailey.com
dmackenzie@huffpowellbailey.com

/s/ Paul E. Weathington
Paul E. Weathington
Georgia Bar No. 743120
J. Hilliard Burton
Georgia Bar No. 703213

*Attorneys for Defendants Rebecca Evans, CNM; And Cartersville OB/GYN Associates, PC*

THE WEATHINGTON FIRM
191 Peachtree Street, NE Suite 3900
Atlanta, GA 30303
Phone: 404-524-1600
Facsimile: 404-524-1610
pweathington@weathington.com
hrburton@weathington.com

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

BECKY WISE and JAY WISE, as
Surviving Parents of LILY WISE,

Plaintiffs,

v.

STEVEN SPIVEY, M.D.; VALERIE SMITH, CNM; HARBIN CLINIC, LLC; REBECCA EVANS, CNM; and CARTERSVILLE OB/GYN ASSOCIATES, P.C.;

Defendants.

Civil Action File No.
4:20-cv-00191-JPB

JURY TRIAL REQUESTED

## CERTIFICATE OF SERVICE

Counsel for Plaintiffs hereby certifies that the undersigned has this day served CONSENT STIPULATION OF DISMISSAL upon all parties of record via electronic filing and electronic mail as follows

| | |
|---|---|
| Eric Frisch | Daniel J. Huff |
| Georgia Bar No. 261683 | Georgia Bar No. 374860 |
| Taylor J. Revenew | David D. MacKenzie |
| Georgia Bar No. 946530 | Georgia Bar No. 796972 |
| COPELAND, STAIR, KINGMA & LOVELL, LLP | HUFF, POWELL & BAILEY, LLC |
| One Ninety-One Peachtree Tower | 999 Peachtree St., NE |
| 191 Peachtree Street, NE | Suite 950, |
| Suite 3600 | Atlanta, GA 30309 |
| Atlanta, Georgia 30303 | Phone: 404-892-4022 |
| | Facsimile: 404-892-4033 |

<div style="display: flex;">

<div>

404-522-8220
efrisch@cskl.law

*Attorney for Defendants Valerie Smith, CNM, and Harbin Clinic, LLC*


Paul E. Weathington
Georgia Bar No. 743120
J. Hilliard Burton
Georgia Bar No. 703213
THE WEATHINGTON FIRM
191 Peachtree Street, NE Suite 3900
Atlanta, GA 30303
Phone: 404-524-1600
Facsimile: 404-524-1610
pweathington@weathington.com
hrburton@weathington.com

*Attorneys for Defendants Rebecca Evans, CNM; and Cartersville OB/GYN Associates, PC*

</div>

<div>

dhuff@huffpowellbailey.com
dmackenzie@huffpowellbailey.com

*Attorneys for Defendant Steven Spivey, M.D.*

</div>

</div>

This 27th day of November 2023.

Respectfully submitted,

*/s/ Daniel J. Conner Jr.*
Daniel J. Conner, Jr.
Georgia Bar No. 940568

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

TYRONE LAW FIRM
1819 Peachtree Road NE
Suite 400

Atlanta, Georgia 30309
(404) 377-0017 telephone
(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com