IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BECKY WISE and JAY WISE, as Surviving Parents of LILY WISE, | |
| Plaintiffs, | Civil Action File No. 4:20-cv-00191-SEG |
| v. | |
| VALERIE SMITH, CNM; *et al.* | JURY TRIAL REQUESTED |
| Defendants. | |

## **FOURTH AMENDED COMPLAINT FOR DAMAGES**

BECKY WISE and JAY WISE, as Surviving Parents of LILY WISE, with consent of Defendants pursuant to Federal Rule of Civil Procedure 15, file this Fourth Amended Complaint for the wrongful death of unborn LILY WISE premised on professional negligence (medical malpractice).[1]

---

[1] Plaintiffs amend this Complaint to reflect their dismissal of Steven Spivey and to withdraw any claims other than their claim for wrongful death premised on professional negligence (medical malpractice) against Defendant Valerie Smith and Harbin Clinic (only to the extent that Harbin Clinic is vicariously liable for the negligence of Midwife Smith).

The parties agree that by consenting to the Amended Complaint, Defendants Smith and Harbin Clinic do not waive and expressly reserve their right to argue that provisions of O.C.G.A. § 51-12-33 (the "Apportionment Statute") should apply to this case. Plaintiffs contend that the Apportionment Statute is inapplicable. Plaintiffs and Defendants anticipate briefing this issue and will request a hearing with the Court to seek a ruling on this issue before trial.

## PARTIES, JURISDICTION AND VENUE

### 1.

Plaintiffs BECKY WISE and JAY WISE, as surviving parents of unborn LILY WISE are individuals and residents of the State of North Carolina and are entitled to bring an action based on the wrongful death of unborn LILY WISE due to the negligence of the Defendants.

### 2.

Defendant VALERIE SMITH, CNM, is a professional midwife who provided medical care to Plaintiff BECKY WISE and her unborn child, LILY, and who, at all relevant times, was licensed to practice nursing and nurse-midwifery in the State of Georgia and is subject to the jurisdiction and venue of this Court. Upon information and belief, VALERIE SMITH, CNM may be served at her residence at 224 Wilshire Terrace, White, Georgia 30184.

### 3.

Upon information and belief, Defendant HARBIN CLINIC, LLC, is a limited-liability corporation registered to do business in the State of Georgia. Upon information and belief, Defendant HARBIN CLINIC may be served with process by and through its registered agent Thomas Diehl, located at 221 Technology Parkway, Rome, Georgia 30165.

### 4.

Upon information and belief, VALERIE SMITH, CNM, was acting as an employee or agent of Defendant HARBIN CLINIC and, as such, was acting within the course and scope of her employment or agency.

5.

Defendant HARBIN CLINIC is liable for the acts and omissions of its employees and agents, including Valerie Smith, CNM, as set forth in more detail below, under the doctrine of respondent superior and other applicable theories of principal/agency law, including ostensible and/or apparent agency.

6.

Pursuant to this Court's Standing Order (Doc. 13 at 12-13), a list of the individual members of Harbin Clinic, LLC, is attached hereto as "Exhibit 3."[2] Each individual member, as indicated in the attached list, is a resident of and domiciled in the state of Georgia.

7.

The amount in controversy exceeds $75,000 and is between citizens of different States. This Court has subject matter jurisdiction over this case under 28 U.S.C. § 1332. Venue is proper under 28 U.S.C. §1402(b) as the tortious acts and omissions occurred in Bartow County in the Northern District of Georgia.

---

[2] The expert affidavits attached hereto (*see, infra*, ¶ 84) are identified as Exhibits 1 and 2, as they were in the original complaint, for the sake of consistency.

## STATEMENT OF FACTS

### 8.

Plaintiffs incorporate and re-allege each and every allegation set forth in Paragraphs 1 through 7 as if fully set forth herein.

### 9.

Becky Wise received prenatal care from Valerie Smith, CNM; Steven Spivey, M.D.; and the Harbin Clinic, LLC.

### 10.

Becky Wise presented to Labor and Delivery triage at Cartersville Medical Center at or around 10:17 a.m. on August 24, 2018.

### 11.

She was 29 years old and pregnant with her first child.

### 12.

She was at 39 weeks' gestation and having contractions.

### 13.

Becky reported to the nurses that the baby was not moving as much since her contractions started.

### 14.

Decreased fetal movement can be caused by a baby not getting enough oxygen.

## 15.

Her cervix was at 60% effacement and 1 cm dilated. The baby was at -2 station.

## 16.

Valerie Smith, CNM, and Steven Spivey, M.D., assumed care for Becky Wise at some point that morning (between 10:30 a.m. and 11:30 a.m.).

## 17.

Becky Wise was a Harbin Clinic patient.

## 18.

At or around 10:30 a.m., Becky was placed on a fetal heart rate monitor.

## 19.

At or around 11:00 a.m. the fetal heart tracing showed moderate variability.

## 20.

Moderate variability corresponds with a baby who is not injured due to a lack of oxygen at the time it is observed—that is, the presence of moderate variability reasonably excludes ongoing hypoxic injury at the time of observation.

## 21.

At 11:00 a.m. the fetal heart tracing also, however, showed no accelerations.

## 22.

A lack of accelerations can be caused by a baby not getting enough oxygen.

23.

The tracing continued to show a lack of accelerations throughout the day.

24.

By 11:10, the strip showed minimal variability and no accelerations.

25.

Minimal variability can be caused by a baby not getting enough oxygen.

26.

The tracing showed persistent minimal variability for the rest of the day.

27.

By at least 11:30 a.m., the tracing constituted a "nonreactive nonstress test" (NST).

28.

A nonreactive nonstress test can be caused by a baby not getting enough oxygen.

29.

By 11:30 the tracing begins to show decelerations.

30.

Late decelerations are associated with utero-placental insufficiency.

31.

Variable decelerations are associated with cord compression and an

interruption in blood and oxygen flow to the baby.

32.

The conditions underlying variable decelerations can tax fetal reserves (the baby's ability to withstand the normal forces of labor).

33.

The tracing continues to show recurrent decelerations, both late decelerations and variable decelerations, throughout the day.

34.

At or around 11:39, Midwife Smith is updated on the patient's status and is told that Becky is at the hospital.

35.

At or around 1:18 p.m., Midwife Smith is again updated on the patient's status and orders are given.

36.

By 1:18 p.m., Midwife Smith is made aware of the nonreactive nonstress test and knows that Lily may not be getting enough oxygen.

37.

At or around 1:18 p.m., Midwife Smith and Dr. Spivey ordered a biophysical profile (BPP) as a result of the nonreactive NST.

38.

At 1:18, the tracing showed not only a nonreactive NST, which alone shows that the baby might not be receiving enough oxygen, but other concerning signs, including persistent minimal variability, recurrent deceleration, and an hour when Becky was entirely unmonitored. Ordering a BPP under these circumstances unnecessarily delayed delivery.

39.

Between 1:51 p.m. and 2:17 p.m., Becky was removed from the monitor in order for the technician to conduct the BPP.

40.

Between 2:17 p.m. and 3:13 p.m., the monitor had been improperly reapplied to Becky and was not reading Lily's heart rate. The tracing was wholly inadequate during that time.

41.

At 2:35 p.m., Midwife Smith was updated on Becky's status.

42.

Midwife Smith was informed of the BPP results at that time.

43.

The BPP results were 6/10 due to the nonreactive NST and lack of fetal tone.

44.

A 6/10 BPP is an "equivocal" score.

45.

A 6/10 BPP result means the baby may or may not be getting enough oxygen.

46.

At 2:35 p.m., when Midwife Smith received the BPP results, she was on the unit for a delivery.

47.

Midwife Smith could have been at Becky's bedside in "moments" or "seconds."

48.

Midwife Smith never went to Becky's bedside to check on her.

49.

Midwife Smith never spoke to Becky and never learned that she had reported decreased fetal movement earlier that day.

50.

Midwife Smith never spoke to Becky and told her the test results or that Lily may not be getting enough oxygen.

51.

Midwife Smith never personally reviewed Becky's tracing though she was, at that time, surrounded by monitors on the unit.

52.

Midwife Smith never personally reviewed Becky's tracing though she had the ability to check Lily's fetal heart rate monitoring remotely, on her phone.

53.

It would have taken only a few minutes for Midwife Smith to check Lily's fetal heart rate remotely.

54.

Had Midwife Smith personally reviewed the tracing between the time she was at the hospital for her delivery and when she left for the weekend at or around 3:00 p.m., she would have seen that the tracing was inadequate and unable to provide any information on how Lily was doing at that time.

55.

As of 3:00 p.m., Becky had a nonreactive NST and 6/10 BPP both of which mean that the baby might not be getting enough oxygen.

56.

In addition, as of 3:00 p.m., Lily's heart rate tracing had continued to show a lack of accelerations, persistent minimal variability, numerous decelerations, both late and variable all of which mean the baby might not be getting enough oxygen.

57.

There had also been various points throughout the day when the tracing was inadequate, meaning the providers could not have known whether the baby was

getting enough oxygen during those times.

58.

Midwife Smith never told Becky Wise about her test results.

59.

Midwife Smith never told Becky Wise that her baby might not be getting enough oxygen.

60.

Midwife Smith returned to the clinic.

61.

Midwife Smith spoke with Dr. Spivey.

62.

Midwife Smith and Dr. Spivey ordered that Becky Wise be admitted for an induction at or around 3:00 p.m.

63.

An induction can take several hours.

64.

Becky did not meet Cartersville's criteria for induction at the time it was ordered, and it would have been unsafe to perform an induction at that time.

65.

If Lily had been delivered by 3:00 p.m., she would have been born alive.

66.

At or around 3:00 p.m., Midwife Smith left to go home for the weekend.

67.

Midwife Smith had never gone to Becky's bedside or personally reviewed Lily's fetal heart rate tracing at any point that day.

68.

Dr. Spivey assumed care as the primary provider when Midwife Smith left at or around 3:00 p.m.

69.

At 3:48 p.m., the nurses lost the tracing.

70.

Had Lily been delivered by c-section before 3:48 p.m., she would have been born alive and well.

71.

The last point at which Lily could have been delivered alive was approximately 4:00 p.m.

72.

At 6:17 p.m. a bedside ultrasound showed no fetal tone.

73.

At 6:30, Dr. Spivey was called and went to the hospital.

74.

Between 3:00 p.m., when Dr. Spivey assumed care as the primary provider when Midwife Smith left, and the time he was called at 6:30 p.m., Dr. Spivey never called in to the nurses to check on Ms. Smith.

75.

At 7:16 p.m. after discussing the option with Becky, Dr. Spivey ordered a c-section to deliver the nonviable infant.

76.

At or around 8:21 p.m. Lily was born dead.

77.

Dr. Spivey records a post-operative diagnosis of intrauterine fetal demise at 39 weeks. He notes meconium-stained amniotic fluid and double nuchal cord, which also passed under infant's right arm.

## PROFESSIONAL NEGLIGENCE (MEDICAL MALPRACTICE)

78.

VALERIE SMITH, CNM, violated the duty of ordinary care and diligence exercised by other nurse-midwives or medical professionals in the same or similar circumstances that would have been extended to Plaintiff BECKY WISE and unborn LILY WISE on August 24, 2018 and was negligent and grossly negligent in one or more particulars in connection with their care, including but not limited to: failing to properly

assess the fetal heart tracing and unborn Lily's decreased oxygen and blood flow and intolerance to uterine activity; failing to provide interventions given unborn Lily's fetal heart tracing; failing to come to bedside to assess the patient at any point despite being on the unit, just seconds away; failing to personally review the fetal heart rate monitor for Lily Wise at any point despite being on the unit at one point, surrounded by monitors, and having the ability to review the tracing remotely, from her phone, within minutes; improperly ordering induction of labor, which could have taken hours and could have caused increased contractions and potentially affects uteral-placental blood flow, despite a tenuous strip showing periods of minimal variability and late decelerations; failing to instead advocate for a prompt c-section; failing to communicate with Becky Wise regarding her test results; failing to communicate with Becky Wise regarding the possibility that her baby might not be getting enough oxygen; improperly ordering induction of labor despite the indications of the strip including periods of persistent minimal variability and late decels with more than 50% of contractions as evidenced by a positive contraction stress test; failing to properly inform the OB of the positive contraction stress test; failing to instead move toward a prompt C-section at that time, given the tenuous strip showing periods of minimal variability and late decelerations and how remote the patient was from vaginal delivery; failing to follow hospital protocols regarding induction of labor; failing properly to weigh the chance of a successful and uncomplicated vaginal delivery against the risk of fetal compromise; and failing to communicate or to collaborate

to ensure delivery of Lily Wise before she died.

79.

VALERIE SMITH, CNM, breached this standard of care, the result of which caused or significantly contributed to the death of LILY WISE. The failure to intervene, to communicate, or to collaborate to ensure the timely delivery of unborn LILY WISE proximately caused the death of LILY WISE. Such negligent acts and/or omissions, taken separately or collectively, constitute a proximate cause of the damages claimed in this lawsuit.

80.

At all relevant times, VALERIE SMITH, CNM, was acting within the course and scope of her employment with Defendant HARBIN CLINIC, which is therefore vicariously liable for Plaintiffs' damages.

81.

The direct and proximate result of Valerie Smith's negligence was the wrongful death of unborn LILY WISE.

82.

As a direct and proximate result of Valerie Smith's negligence and wrongful acts, Plaintiffs BECKY WISE and JAY WISE have sustained damages equal to the full value of life of unborn LILY WISE.

83.

Plaintiff has attached: as Exhibit 1 to Plaintiffs' Complaint the Affidavit of Nicolas Psomiadis, M.D., identifying at least one negligent act and/or admission of Defendant VALERIE SMITH, CNM; as Exhibit 2 to Plaintiff's Complaint the Affidavit of Michelle Collins, PhD, CNM, identifying at least one negligent act and/or admission of Defendant VALERIE SMITH, CNM.

84.

HARBIN CLINIC is vicariously liable as the employer of Valerie Smith, CNM, who provided negligent care and treatment to BECKY WISE and unborn LILY.

85.

As a direct and proximate result of Valerie Smith's negligence, Plaintiffs BECKY WISE and JAY WISE, as surviving parents, have suffered the loss of their unborn child, LILY WISE, due to her untimely death.

## **PRAYER FOR DAMAGES**

86.

Plaintiffs incorporate and re-allege each and every allegation set forth in Paragraphs 1 through 85 as if fully set forth herein.

87.

As a direct and proximate result of Valerie Smith's negligence and wrongful acts, Plaintiffs BECKY WISE and JAY WISE, as surviving parents, are entitled to recover an amount equal to the full value of life of LILY WISE without deduction for expenses or

necessaries had she lived.

88.

WHEREFORE, Plaintiffs respectfully pray that this Court:

(a)     Causes process to issue and to be perfected as provided by law;

(b)     Allows Plaintiff a trial by jury on all issues;

(c)     Enter judgment in favor of Plaintiffs BECKY WISE and JAY WISE , as the surviving parents of LILY WISE, in the full amount the jury awards against Defendants, jointly and severally, for the aforementioned damages; and

(d)     Award Plaintiffs their costs and such other and further relief as this Court deems just and proper.

PLAINTIFFS HEREBY DEMAND A TRIAL BY JURY.

This 27th day of November 2023.

Respectfully submitted,

*/s/ Daniel J. Conner Jr.*
Nelson O. Tyrone, III
Georgia Bar No. 721189
Daniel J. Conner, Jr.
Georgia Bar No. 940568

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

TYRONE LAW FIRM
1819 Peachtree Road, Suite 400
Atlanta, Georgia 30309
(404) 377-0017 telephone

(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com

/s/ Robert K. Finnell
Robert K. Finnell
Georgia Bar No. 261575

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

THE FINNELL FIRM
P.O. Box 63
Rome, Georgia 30162
(706) 235-7272 telephone
(706) 235-9461 facsimile
bob@finnellfirm.com

/s/ Leighton Moore
Leighton Moore
Georgia Bar No. 520701

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

THE MOORE LAW FIRM, P.C.
1819 Peachtree Road NE
Suite 403
Atlanta, Georgia 30309
(678) 237-0330 telephone
leighton@moorefirmpc.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| BECKY WISE and JAY WISE, as Surviving Parents of LILY WISE, | |
| Plaintiffs, | Civil Action File No. |
| v. | JURY TRIAL REQUESTED |
| STEVEN SPIVEY, M.D.; VALERIE SMITH, CNM; and HARBIN CLINIC, LLC; | |
| Defendants. | |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Plaintiffs hereby certifies that the undersigned has this day served the foregoing FOURTH AMENDED COMPLAINT FOR DAMAGES upon all parties via electronic filing and email as addressed as follows:

Eric Frisch
Taylor Revenew
COPELAND, STAIR, KINGMA & LOVELL, LLP
One Ninety-One Peachtree Tower
191 Peachtree Street, NE
Suite 3600
Atlanta, Georgia 30303
Phone: 404-221-2270
Facsimile: 404-523-2345
efrisch@csvl.law
trevenew@csvl.law

*Attorney for Defendants Valerie Smith, CNM, and Harbin Clinic, LLC*

This 27th day of November 2023.

Respectfully submitted,

*/s/ Daniel J. Conner, Jr.*
Nelson O. Tyrone, III
Georgia Bar No. 721189
Daniel J. Conner, Jr.
Georgia Bar No. 940568

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

TYRONE LAW FIRM
1819 Peachtree Road, Suite 400
Atlanta, Georgia 30309
(404) 377-0017 telephone
(404) 249-6764 facsimile
nelson@tyronelaw.com
dan@tyronelaw.com

*/s/ Robert K. Finnell*
Robert K. Finnell
Georgia Bar No. 261575

*Attorneys for Plaintiffs Becky Wise and Jay Wise*

THE FINNELL FIRM
P.O. Box 63
Rome, Georgia 30162
(706) 235-7272 telephone
(706) 235-9461 facsimile
bob@finnellfirm.com

EXHIBIT 1

**STATE OF GEORGIA**

**COUNTY OF JACKSON**

## AFFIDAVIT OF NICOLAS PSOMIADIS, M.D.

COMES NOW NICOLAS PSOMIADIS, M.D., who, after being duly sworn does depose and say:

1.

My name is Nicolas Psomiadis, M.D. I am a physician in active practice in the area of OB/GYN in full time active clinical practice in the State of Georgia, where I am currently licensed to practice medicine. I am of the age of majority. I have actual professional knowledge and experience in the area of practice or specialty in which my opinion is given in this Affidavit, as reflected in this Affidavit and in my Curriculum Vitae, which has been attached hereto and incorporated herein by reference as Exhibit "A". At the time of the events referenced in this affidavit, I was licensed by an appropriate regulatory agency to practice my profession in the state of Georgia. I am board certified in obstetrics and gynecology by The American Board of Obstetrics and Gynecology (ABOG), with current active yearly maintenance of certification as required by the ABOG. I am an active Fellow in The American Congress of Obstetricians and Gynecologists (ACOG). I am also certified in electronic fetal monitoring by The National Certification Corporation (NCC). I am qualified as an expert by virtue of my knowledge, skill, experience, training, and education regarding the issues raised in this affidavit and am qualified to give opinions regarding the issues addressed in this affidavit. I have actively practiced in my area of specialty for 20 years and at least three of the last five years immediately preceding the events of August 24, 2018 which form the basis for this affidavit and immediately preceding the signing of the affidavit, with sufficient frequency to establish an appropriate level of knowledge in diagnosing the condition or rendering the treatment at issue in this affidavit. I have delivered approximately 5,000 infants over my career.

2.

As recorded on my Curriculum Vitae, attached as Exhibit "A", I have held multiple staff positions at the hospitals where I have had privileges that have included, but are not limited to, Clinical Assistant Professor of OB/GYN, Philadelphia College of Osteopathic Medicine, Clinical Assistant Professor of OB/GYN, Medical College of Georgia, Chief of Staff at Barrow Regional Medical Center, and Medical Director of the Obstetrical Service Line at United OB/GYN at Southwell Medical Center in Tifton, Georgia. This position directly involves peer review, and review and establishment of hospital and clinic

protocols and procedures, including nursing protocols and procedures. I remain involved in establishing such protocols through my numerous appointments at the various hospitals and medical schools listed on my Curriculum Vitae, Exhibit "A". I am currently medical director of the obstetrical service line at United OB/GYN at Southwell Medical Center in Tifton, Georgia. My current work duties at Southwell Medical Center in Tifton, Georgia include management of OB/GYN patients; OB/GYN surgical procedures; evaluation and management of gravid patients presenting/admitted to the labor & delivery unit; evaluation and management of OB/GYN patients presenting to the emergency department; and supervision of nurse practitioner and midlevel providers. I am familiar with the standards of care for labor and delivery nurses and nurse midwives, as well as obstetricians. My familiarity with the standard of care for obstetricians comes from my active practice in the area of OB/GYN during at least three of the last five years immediately preceding the time the act or omission for which I am offering this affidavit occurred as well as my teaching, hospital and clinic roles as well as my ongoing participation in professional education and medical literature reviews. My familiarity with the standard of care for nurse midwives, labor and delivery nurses, and medical support staff comes from my supervision and instruction of nurse midwives, labor and delivery nurses, and medical support staff for the last 20 years and during at least three (3) of the last five (5) years immediately preceding the time the act or omission is alleged to have occurred, as well as my teaching, hospital and clinic roles as well as my ongoing participation in professional education and medical literature reviews.

The facts in this case upon which I base my opinions are of a type reasonably relied upon by experts in the field of Obstetrics.

3.

The testimony I have given herein is, in my opinion, based upon sufficient facts or data which should be admissible evidence at any hearing or trial in this matter. The testimony I have given herein is the product of reliable principles and methods, and I have applied those principles and methods reliably to the facts of this case in arriving at the opinions I express herein.

4.

I have been asked to review the medical care provided to Becky Wise and her unborn daughter, Lily Wise, prior to her birth and demise by various health care providers including Valerie Smith, CNM; Steven Spivey, M.D.; Rebecca Evans, CNM; Cartersville OB/GYN Associates; and Harbin Clinic Women's Center Etowah Valley OB/GYN..

Materials reviewed:
A.      Copies of medical records from Cartersville Medical Center; and
B.      Copies of birth records from Cartersville Medical Center (labor and newborn).

Because of my background, training and experience, I am familiar with the standard of care and skill ordinarily employed by obstetricians, nurse midwives, and

labor and delivery nurses when treating obstetrical patients such as Ms. Wise and her unborn daughter under similar conditions and like surrounding circumstances as are contained in the medical records I have reviewed.

## FACTS OF THE CASE:

1. Ms. Wise received prenatal care from Kimberly Millsap, CNM; Valerie Smith, CNM; Steven Spivey, M.D.; and the Harbin Clinic Women's Center Etowah Valley OB/GYN.

2. She was 29 years old and pregnant with her first child.

3. At 1017 hours on August 24, 2018, Ms. Wise is admitted to Cartersville Medical Center.

4. She is at 39 weeks' gestation and having contractions.

5. Ms. Wise states that she is not noticing the baby move as frequently since contractions have started.

6. Her cervix is at 60% effacement and 1cm dilated. The baby is at -2 station.

7. At 1100 hours, Ashley Allgood, RN, records a fetal heartrate baseline of 165 with moderate variability, no accelerations, and no decelerations.

8. The strip at 1100 hours shows moderate variability and indicates that the baby is, at this point, oxygenating properly and is not metabolically acidemic. The strip indicates a baby who is neurologically intact.

9. At 1107, the strip shows a normal baseline of about 160, with classic moderate variability, indicating a normal, oxygenating baby with a normal acid base status.

10. At 1110, the strip shows an apparent gradual deceleration followed by a definitive late deceleration at approximately 1125, and a gradual appearing deceleration at 1128.

11. At 1130 Nurse Allgood records a fetal heart baseline of 155 with moderate variability, accelerations of 10 x 10, and no decelerations.

12. At 1141, the strip shows a definitive variable deceleration. Between 1132 and 1150, the strip shows late decelerations occurring with more than 50% of Ms. Wise's contractions.

13. At 1154, Nurse Allgood records that the midwife, Valerie Smith, has been updated on patient's status and that orders have been received and recorded.

14. At 1158, Nurse Allgood records a fetal heart baseline of 160 with moderate variability, no accelerations, and late decelerations.

15. At 1208, Ms. Wise is removed from her monitor to ambulate in the hallway.

16. At 1304, Ms. Wise is placed back on the monitor. She has been off the strip for about an hour.

17. At 1306, the strip shows a baseline of 160 with minimal variability. Between 1303 and 1351, the strip reveals persistent minimal variability overall with no accelerations.

18. At 1318, Nurse Allgood records that the midwife, Valerie Smith, has been updated on patient's status and that a biophysical profile has been ordered.

19. At 1319, according to the medical records, Steven Spivey, M.D., ordered an ultrasound for a biophysical profile due to decreased variability. It is unclear from the record what communication and/or collaboration exists between midwife Valerie Smith and Dr. Spivey.

20. The strip shows a presumptive variable deceleration at 1321 and presumed decelerations at 1324, 1330, 1339, and 1343, which appear gradual in onset and are presumably late. Between 1314 and 1343, the strip shows late decelerations occurring

3

with more that 50% of the contractions.

21. At 1351, Nurse Allgood documents an ultrasound at bedside.

22. From 1353 to 1417, Ms. Wise is off monitor.

23. The tracings from 1423 to about 1513 are indeterminate. Ms. Wise is essentially not monitored for roughly an hour after her BPP.

24. At 1435, the ultrasound results are reported. According to a comment in the record, the results were obtained at 1351 hours. The BPP is recorded as 6/8 due to lack of fetal tone.

25. At 1435, Nurse Allgood records that the CNM (Smith) has been updated on patient's ultrasound and that Dr. Spivey would be contacted.

26. At 1500 hours, the midwife (Smith) notes the biophysical profile of 6/10 and plans to induce labor. She notes that Dr. Spivey is aware and agrees. It is unclear from the record what, exactly, midwife Smith has communicated to Dr. Spivey.

27. An order is entered for Ms. Wise to be admitted to inpatient OB for induction of labor.

28. It was highly unlikely and extremely improbable that the providers could have the baby delivered vaginally from 1-centimeter dilation and -3 station in the limited window of time necessary to deliver the baby without injury.

29. Further, given the tenuous strip—including the late decelerations and periods of absent to minimal variability—a reasonable provider would not prescribe uterotonic medication—which would cause the uterus to contract and, potentially, to affect even further the uteral-placental blood flow.

30. The Cartersville Medical Records contain a document entitled "Pre-Oxytocin and Cervical Ripening Checklist" that requires, among other things, 30 minutes of fetal monitoring prior to administering a cervical ripening agent, at least 2 accelerations in 30 minutes or a biophysical profile of 8 out of 10 within the past 4 hours or moderate variability, no late decelerations in the past 30 minutes, and no more than 2 variable decelerations exceeding 60 seconds and decreasing greater than 60 bpm from baseline within the previous 30 minutes prior to starting Oxytocin infusion. There is no record of this assessment being completed. In any case, the requirements were not met here. This policy reflects what would be a generally accepted standard of care for either the initiation or the avoidance of uterotonic agents.

31. The decision to induce at this point was completely wrong.

32. At 1500 hours, the midwife (Smith) notes that Ms. Wise has been admitted to inpatient status. This is the last entry in the record from midwife Smith. However there is no record of any "handoff" from CNM Smith to any other midwife.

33. Between 1522 and 1548, the strip continues to deteriorate, showing minimal variability and recurrent, late and variable decelerations..

34. At 1548, the strip is ominous.

35. The strip is lost at 1548 and indeterminate from that point on. 1548 is the last time the baby is tracing continuously.

36. The providers are unable, based on the strip, to exclude the possibility of an evolving metabolic acidemia and hypoxemia.

37. Given the prior tracing, there is a high risk that acidemia will develop and the baby will suffer brain injury if the providers do not act to deliver the baby at this point

38. The providers have a limited window of time before the baby becomes metabolically acidemic and suffers brain injury.

39. At 1548, when the strip was lost, Ms. Wise was not significantly dilated and was remote from delivery.

40. A reasonable provider would ask themselves what is most likely to happen in this clinical situation: a successful, uncomplicated vaginal delivery or fetal compromise?

41. At 1548, the chance of Ms. Wise having a successful and uncomplicated vaginal delivery was far outweighed by the risk of fetal compromise.

42. A reasonable provider would have moved toward a prompt C-section at this point.

43. The providers failed to properly interpret the strip, failed to communicate with one another regarding their interpretations, and failed to collaborate.

44. The providers failed to practice within a health care system that provides for consultation, collaborative management, or referral as indicated by the health status of Ms. Wise's unborn baby.

45. At 1600 hours, the strip shows indeterminate tracings.

46. At 1643, Nurse Allgood reports "difficulty tracing" despite "several positions tried."

47. Between 1651 and 1748, Nurses Allgood and Sarah Glouse, RN, report trouble and ultimately, an inability to apply the Novii monitor.

48. Ms. Wise has not been continuously monitored since the strip was lost at1548.

49. At 1817, Nurse Allgood reports that Rebecca Evans, CNM ("B. Evans") is at bedside for an ultrasound. It is unclear from the record why CNM Evans, rather than CNM Smith is responding to the patients.

50. It has been roughly two and a half hours since the tracing was lost at 1548.

51. The bedside ultrasound performed by nurse midwife Evans, shows no fetal heart tones.

52. At 1830, the ultrasound department is called to confirm. A stat hospital ultrasound is ordered.

53. Dr. Spivey is called and begins traveling to the hospital.

54. The hospital ultrasound confirms the absence of fetal cardiac activity.

55. At 1843, Nurse Allgood reports that Dr. Spivey talks to the patient and the family.

56. At 1916, a c-section is ordered to deliver the nonviable infant.

57. At 2002, Cathy Creamer, RN, documents, "Patient up to bathroom. Small amount of what appears to be meconium stained fluid visible on patient's bed."

58. At 2021, Lily Wise is delivered, stillborn.

59. Dr. Spivey records a post-operative diagnosis of intrauterine fetal demise at 39 weeks. He notes meconium-stained amniotic fluid and double nuchal cord, which also passed under infant's right arm.

5.

OPINIONS

Based on my review of these medical records and on my background, training, expertise, knowledge, experience, and familiarity with the degree of care and skill ordinarily employed by physicians and nurse-midwives when dealing with like conditions and similar circumstances, I am of the opinion that Lily Wise suffered hypoxemia, metabolic acidemia, and ultimate progression to fetal death due to the

negligence of Valerie Smith, CNM, Rebecca Evans, CNM, Steven Spivey, M.D., Harbin Clinic Women's Center Etowah Valley OB/GYN and Cartersville OB/GYN.

It is my opinion, based on my review of the aforementioned documents and my background, training, expertise, knowledge, experience, and familiarity with the degree of care and skill ordinarily employed by the medical and the nursing professions, generally, when dealing with like conditions and similar circumstances, that Valerie Smith, CNM, Steven Spivey, M.D., Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN were negligent and violated the requisite standard of care in that, among other things, they failed to properly assess the fetal heart tracing and unborn Lily's decreased oxygen and blood flow (Valerie Smith, CNM; Steven Spivey, M.D., Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); improperly ordered induction of labor which causes increased contractions and potentially affects uteral-placental blood flow, despite a tenuous strip showing periods of minimal variability and late decelerations (Valerie Smith, CNM; Steven Spivey, M.D.); failed to instead move toward a prompt C-section at that time, given the tenuous strip showing periods of minimal variability and late decelerations and how remote the patient was from vaginal delivery (Valerie Smith, CNM; Steven Spivey, M.D.); failed to come to bedside to assess the patient (all defendants); failed in properly "handing off" the patients at or around 1500 when CNM Smith makes her last note in the record and, at some point, presumably, CNM Evans assumes care of the patient (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failed to properly supervise CNM Smith and CNM Evans in their care of the patients (Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN); failed to communicate among the nurses, CNM, and physician and respond with interventions regarding the strip, which showed minimal variability and recurrent late and variable decelerations when it was lost at 1548 (Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failing to appreciate, given the tracing, that they had a limited window of time, to deliver the baby before she becomes metabolically acidemic and suffers brain injury (Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN) failed to move toward and advocate for a prompt C-section when the ominous tracing was lost and could not be regained (Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failed properly to weigh the chance of a successful and uncomplicated vaginal delivery against the risk of fetal compromise (Valerie Smith, CNM; Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failed to obtain a readable Fetal Monitor Strip that could be interpreted or even appropriately monitor Lily Wise for roughly two and a half hours after the tracing was lost (Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failed to deliver Lily Wise before she died (Valerie Smith, CNM; Steven Spivey, M.D.; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN). This treatment provided by these providers to Ms. Wise thus fell

well below any reasonable standard of care applicable to physicians practicing in OB/GYN and nurse midwives.

I have not expressed all of my opinions on negligence in this affidavit; as I understand Georgia law, I am only required to state one act of negligence for each potential defendant.

All of the opinions I have expressed herein were expressed within a reasonable degree of medical probability.

All of the opinions I have expressed herein constitute my opinions at this time and are based on information which I have been given. I reserve the right to change my opinions if further information is received which impacts on opinions herein given.

I make this affidavit, intending all of the statements made to be truthful and understanding myself to be under oath upon executing it, knowing that it is being executed for the purpose of being attached to and used in support of a medical malpractice complaint as required by Georgia law.

FURTHER AFFIANT SAYETH NOT.

[SIGNATURE ON FOLLOWING PAGE]

**AFFIDAVIT OF NICOLAS PSOMIADIS, M.D.**

NICOLAS PSOMIADIS, M.D.

SUBSCRIBED AND SWORN TO BEFORE ME on this the 20
day of August, 2020.

Notary Public, State of Georgia

Notary's Printed Name
Kevin Miller

KEVIN W. MILLER
NOTARY PUBLIC
Hall County
State of Georgia
My Comm. Expires May 24, 2021

My Commission Expires:
May 24, 2021

11

AFFIDAVIT OF NICOLAS PSOMIADIS, M.D.

# EXHIBIT "A"

11

AFFIDAVIT OF NICOLAS PSOMIADIS, M.D.

EXHIBIT "A"

# Curriculum Vitae

## Nicolas Psomiadis, MD, FACOG, C-EFM
**PO Box 51**
**Braselton, GA 30517**


**770-490-2493 (cellular)**
**npappasan@gmail.com**

**DOB: 11/25/1968**

**Citizenship:  United States**

**Specialty:  Obstetrics & Gynecology /Board certified; American Board of OB/GYN 2006**
**Re-certified 2011-2018- current maintenance of certification through 12/31/2020**
**National Certification Corp- Electronic Fetal Monitoring- certified 2017-2023**

**Licensure:  Georgia (Active status/No restrictions)**
**Florida Expert Witness Certificate(Active status/No restrictions)**
**Alabama (Inactive status/No restrictions)**

## Practice Experience

**United Obstetrics & Gynecology**
**1948 Old Ocilla Road**
**Tifton, GA 31794**
**12/19 – present**
**Medical Director/OB hospitalist service line**

**Upson Women's Services**
**214 Cherokee Road**
**Thomaston, GA  30286**
**7/15 – 12/19**
**(Group practice/ Hospital employed physician)**

**Cornerstone Womancare OB-GYN**
**314 North Broad Street**
**Suite 360**
**Winder, GA  33019**
**6/06 – 7/15**
**(Solo practice/ Hospital employed physician)**

**Selma Womancare**
**1023 Medical Center Parkway**
**Suite 300**
**Selma, AL  36701**
**7/03 – 6/06**
**(Solo private practice)**

## Education/ Training

**Memorial Health University Medical Center**
**Savannah, GA**
**OB/GYN residency training  7/1999-6/2003**

**University of South Florida College of Medicine**
**Tampa, FL**
**Doctor of Medicine, 8/1995-6/1999**

**Florida Atlantic University**
**Boca Raton, FL**
**Bachelor of Science, Microbiology, 8/1991-5/1995**

## Current/ Past Affiliations

**Fellow, American Congress of Obstetricians & Gynecologists**

**Georgia OB/GYN Society**

**Dallas County Medical Society**

**American Medical Association**

**Rotary Club of Dallas County**

## Hospital Privileges

**Tift Regional Medical Center/ Southwell**
**Tifton, GA**
**12/19 - present**

**Upson Regional Medical Center**
**Thomaston, GA**
**7/15- 12/19**

**Barrow Regional Medical Center**
**Winder, GA**
**6/06 – 7/15**

**Gwinnett Medical Center**
**Lawrenceville, GA**
**6/08 – 3/17**

**Vaughan Regional Medical Center**
**Selma, AL**
**7/03 – 6/06**

## Current/Past Hospital Appointments

**Chief of Staff  1//2013 – 1/2015**
**Barrow Regional Medical C enter**

**Chairperson, Credentials Committee 1/2015 - 7/2015**

**Barrow Regional Medical Center**


**Vice Chief of Staff  1/2012 – 1/2013**
**Barrow Regional Medical Center**

**Secretary of Staff/ Treasurer 1/2010 – 1/2011**
**Barrow Regional Medical Center**

**Chairperson, Focus/Peer Review Committee 1/2010 – 1/2011**
**Barrow Regional Medical Center**

**Chairperson, Dept. of OB/GYN 1/2008-7/2015**
**Barrow Regional Medical Center**

**Chairperson, Physician Leadership Council  1/2007 – 1/2009**
**Barrow Regional Medical Center**

**Chairperson, Dept. of Surgical Services 1/2007 - 1/2008**
**Barrow Regional Medical Center**

**Committee Member, Focus/ Peer Review Committee 1/2006 - 7/2015**
**Barrow Regional Medical Center**


## Teaching Experience

**Clinical Assistant Professor of OB/GYN, Philadelphia College of Osteopathic Medicine 2008-present**
**Georgia Campus, Barrow Regional Medical Center/ Gwinnett Medical Center/ Upson Regional Medical Center**

**Clinical Assistant Professor of OB/GYN, Medical College of Georgia, MCG/UGA Partnership 9/2012-present**
**Athens, GA campus**

**Clinical Instructor/ Preceptor of OB/GYN Clinical Rotation, Nurse Practitioner Program 2012-current**
**South University, Savannah, GA, Barrow Regional Medical Center/ Upson Regional Medical Center**

**Clinical Instructor/ Preceptor of OB/GYN Clinical Rotation, Nurse Practitioner Program 2016- current**
**Albany State University, Albany, GA, Upson Regional Medical Center**

**Clinical Instructor of OB/GYN, Univ. of Alabama Family Practice Residency Program 2003-06**
**Selma Campus, Vaughan Regional Medical Center**


## Clinical Interests

**Extensive training and experience in virtually all facets of high risk/critical pregnancy care.  Also have extensive training and experience in minimally invasive gynecologic procedures and urogynecology.  High risk pregnancy care, in particular, is the aspect of medicine I truly have a passion for.  Clinical interests include, but not limited to:**

1.  **Obstetric/ gynecologic ultrasound.  I perform all of my own pan-trimester obstetric ultrasounds, including detailed fetal anatomy scans, limited fetal echo, fetal growth ultrasounds, biophysical profiles, fetal P-R interval assessment, umbilical artery Doppler velocimetry, fetal middle cerebral artery Doppler velocimetry, ductus venosus Doppler, cervical length assessments.  Also perform all of my own gyn ultrasound assessments, with strong clinical interest in transvaginal ultrasonography.**

2.  **Gestational hypertension/ pre-eclampsia/chronic hypertension complicating pregnancy.  Extensive experience with all facets of gestational and pre-gestational hypertensive disorders, including diagnosis and management. Gestational hypertension and its various nuances and presentations is among my strongest clinical niches and interests. Extensive experience with recognition of atypical gestational hypertension/ pre-eclampsia presentations and correlation with fetal ultrasound surveillance/ evaluation and Doppler velocimetry studies.**

3.  **IUGR.  Extensive experience with all facets of fetal growth restriction, including diagnosis, staging,  and management.**

4. **Diabetes/ endocrine disorders in pregnancy.** Extensive experience with management of pre-gestational and gestational diabetes mellitus. Also have extensive experience with thyroid dysfunction management in pregnancy, with strong interest in the impact of sub-clinical hypothyroidism surveillance and management.

5. **Thrombophilia/ Autoimmune disorders in pregnancy.** Extensive experience with management of hereditary and autoimmune thrombophilias in pregnancy. Also have extensive management experience with autoimmune disorders in pregnancy including Systemic Lupus Erythematosus, Sjogrens's Syndrome, Antiphospholipid Antibody Syndrome. Also have strong clinical interest in the management and impact of MTHFR gene mutations in pregnancy.

6. **Preterm labor.** Extensive experience in the management and prevention of preterm labor and preterm delivery. Extensive experience with transvaginal ultrasonography for cervical length screening, 17-OHP preterm labor prophylaxis, and cervical cerclage. Preterm labor screening and prevention is also among my strongest clinical interests, with emphasis on aggressive screening and interventions/tocolytic modalities. My spontaneous preterm delivery rate has consistently been less than 5% throughout my career.

7. **Minimally invasive gynecology.** Extensive experience with minimally invasive office-based procedures, including Essure permanent sterilization and endometrial ablation. Also have extensive surgical experience with advanced laparoscopy.

8. **Urogynecology.** Extensive surgical experience with advanced female pelvic prolapse and urinary incontinence repair. I was among the first physicians to be trained in mid-urethral sling incontinence surgeries in the late 1990's.

9. **Obesity and pregnancy.** Strong clinical interest in management and surveillance of the obese/ morbidly obese parturient. This is, in my opinion, the most clinically overlooked risk factor in the management of pregnancy, yet contributes to the majority of the complications encountered during the antepartum course. I focus primarily on risk reduction via nutritional counseling and strict weight gain surveillance and also through appropriate laboratory screening and antepartum ultrasound fetal surveillance. Strong clinical interest in bariatric surgery risk reduction pre-pregnancy and management of pregnant patients post-bariatric surgery.

10. **Electronic fetal heart rate monitoring.** NCC certified. Strong clinical interest in the use of electronic fetal heart rate monitoring as a modality for screening of intrapartum fetal acid-base status, with strong emphasis in understanding of fetal physiology in relation to heart rate tracing patterns and maternal-fetal oxygenation pathways.

11. **Multiple gestation.** Strong clinical interest and experience in management of twin and higher order multiples. I was the first physician in the history of Gwinnett Medical Center to deliver viable, surviving twins after successful in utero surgery for advanced Quintero Stage Twin to Twin Transfusion Syndrome.

12. **Chronic opioid dependency in pregnancy.** Extensive experience with management of chronic opioid dependency in pregnancy and with Methadone/ Subutex management. Work in conjunction with several Methadone/ Subutex maintenance clinics and have several out of town clinics refer patients to my practice due to my experience and outcomes.

***Please also note that my clinical history is one of a virtually non-existent complication rate with regard to both my obstetric and gynecologic practices. This can be corroborated by peer and department head references.
I have had no previous or currently pending malpractice issues in my career and have also never been the subject of any peer review processes.

# Awards

*Outstanding Graduate Resident in Obstetrics Award*
**Memorial Health University Medical Center**
Savannah, GA
2003

*Outstanding Resident Teaching Award*
**Memorial Health University Medical Center**
Savannah, GA
2000/ 2001

*Outstanding Contribution Award*
**Philadelphia College of Osteopathic Medicine, Georgia Campus**
**Suwanee, GA**
**2008/2009**

*Berlex Resident Reporter Program*
**\*Selected as the outstanding resident by Program Director for attendance**
**American College of Obstetricians and Gynecologists Annual Clinical meeting 2001, Chicago, IL**

## Publications

*Efficacy of Aggressive Tocolysis for Preterm Labor With Advanced Cervical Dilation.*
**Journal of Maternal-Fetal and Neonatal Medicine.  2005 Jul; 18(1): 47-52**
**\*Poster presentation of above publication- The Society for Maternal-Fetal Medicine Annual Clinical Meeting 2004, New Orleans, LA**

## Personal Information

 Have 6 sons:  Seth (26), Noah (17), Adam (14), Gabriel (11), Andrew (9), and Nate(5).  My oldest son is currently enrolled in medical school. We reside in Chateau Elan/ Braselton.  I am an avid car enthusiast and have a particular fondness for all things muscle-car related.  We are fairly active in church activities and spend a lot of our free time with our boys.  Traveling and family vacations are particular favorites.  Given my Florida roots, we are most fond of beach/coastal and tropical lifestyle activities.

## References

**Hugh Smith, MD- professional colleague**
**\*President Elect, Georgia OB-GYN Society**
ladyjane14@charter.net
**706-656-5911**

**Perry Wells, MD- professional colleague**
perrywells@yahoo.com
**478-361-7771**

**Bill Lytollis, MD, PhD- professional colleague**
blytollis@gmail.com
**706-248-5365**

EXHIBIT 2

**STATE OF ILLINOIS**

**COUNTY OF COOK**

### <u>AFFIDAVIT OF MICHELLE RENEE COLLINS, PhD, CNM</u>

COMES NOW MICHELLE RENEE COLLINS, PhD, CNM, who, after being duly sworn does depose and say:

1.

My name is Michelle Renee Collins. I am a nurse-midwife in active clinical practice in the State of Illinois, where I am currently licensed to practice nursing and midwifery. I am of the age of majority. I have actual professional knowledge and experience in the area of practice or specialty in which my opinion is given in this Affidavit, as reflected in this Affidavit and in my Curriculum Vitae, which has been attached hereto and incorporated herein by reference as Exhibit "A". At the time of the events referenced in this affidavit, I was licensed by an appropriate regulatory agency to practice my profession in the state of Illinois. I am board certified in midwifery by the American Midwifery Certification Board. I am also certified in electronic fetal monitoring by The National Certification Corporation (NCC). I am qualified as an expert by virtue of my knowledge, skill, experience, training, and education regarding the issues raised in this affidavit and am qualified to give opinions regarding the issues addressed in this affidavit. I have actively practiced in my area of specialty for 18 years and at least three of the last five years immediately preceding the events of August 24, 2018 which form the basis for this affidavit and immediately preceding the signing of the affidavit, with sufficient frequency to establish an appropriate level of knowledge in diagnosing the condition or rendering the treatment at issue in

this affidavit.

2.

As recorded on my Curriculum Vitae, attached as Exhibit "A", I have held multiple positions at the hospitals where I have had privileges that have included, but are not limited to, Program Director, Nurse-Midwifery Educational Program, Vanderbilt University School of Nursing; Professor, Associate Dean of Academic Affairs, Rush University College of Nursing; and a Per Diem Clinical Position at the University of Illinois Chicago, Nurse-Midwifery Service. I have been involved in establishing protocols for midwifery through my numerous appointments at the various hospitals and universities listed on my Curriculum Vitae, Exhibit "A". Among others, I have taught the following courses: Advanced Health Assessment Applications for Nurse-Midwifery; Antepartal Care for Nurse-Midwifery; Nurse-Midwifery Practicum I; Skills for Nurse-Midwifery; Intrapartum/Postpartum Nurse-Midwifery Care; Practicum in Intrapartum/Postpartum Nurse-Midwifery Care; and Nurse-Midwifery Advanced Clinical Integration Experience. I am familiar with the standards of care for labor and delivery nurses and nurse-midwives. My familiarity with the standard of care for nurse-midwives and labor and delivery nurses comes from my work as a nurse-midwife and my work with nurse-midwives and labor and delivery nurses and my instruction of nurse-midwifery students, for the last 18 years and during at least three (3) of the last five (5) years immediately preceding the time the act or omission is alleged to have occurred, as well as my teaching, hospital and clinic roles as well as my ongoing participation in professional education and medical literature reviews.

The facts in this case upon which I base my opinions are of a type reasonably relied

upon by experts in the field of Midwifery and Nursing.

3.

The testimony I have given herein is, in my opinion, based upon sufficient facts or data which should be admissible evidence at any hearing or trial in this matter. The testimony I have given herein is the product of reliable principles and methods, and I have applied those principles and methods reliably to the facts of this case in arriving at the opinions I express herein.

4.

I have been asked to review the medical care provided to Becky Wise and her unborn daughter, Lily Wise, prior to her birth and demise by various health care providers including Valerie Smith, CNM.; Rebecca Evans, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; and Cartersville OB/GYN.

Materials reviewed:

A.      Copies of medical records from Cartersville Medical Center; and

B.      Copies of birth records from Cartersville Medical Center (labor and newborn).

Because of my background, training and experience, I am familiar with the standard of care and skill ordinarily employed by obstetricians, nurse-midwives, and labor and delivery nurses when treating obstetrical patients such as Ms. Wise and her unborn daughter under similar conditions and like surrounding circumstances as are contained in the medical records I have reviewed.

## FACTS OF THE CASE:

1.      Ms. Wise received prenatal care from Kimberly Millsap, CNM; Valerie Smith, CNM; Steven Spivey, M.D.; and the Harbin Clinic Women's Center Etowah Valley OB/GYN.

2.      She was 29 years old and pregnant with her first child.

3.      At 1017 hours on August 24, 2018, Ms. Wise is admitted to Cartersville Medical Center.

4.      She is at 39 weeks' gestation and having contractions.

5.  Ms. Wise states that she is not noticing the baby move as frequently since contractions have started.

6.  Her cervix is at 60% effacement and 1cm dilated. The baby is at -2 station.

7.  Her admission order includes continuous fetal monitoring and bed rest with bathroom privileges; the order notably does not include an ambulation order.

8.  When Ms. Wise is placed on the monitor after admission, at approximately 1100, the strip shows moderate variability.

9.  During the first hour and six minutes after being placed on monitor, Ms. Wise has approximately 22 contractions, approximately 13 of which had late decels after them— more than 50%, and what I call a positive contraction stress test. A positive contraction stress test is a sign of placental insufficiency and fetal intolerance of contractions, which would prevent a reasonable midwife from proceeding with induction due to the baby's potential inability to withstand the stress of labor.

10. The strip continued to show signs for concern.

11. At 1154, Nurse Allgood records that the midwife, Valerie Smith, has been updated on patient's status and that orders have been received and recorded.

12. At 1208, Ms. Wise is removed from her monitor to ambulate in the hallway. Again, her admission order included bedrest with bathroom privileges only and continuous fetal monitoring; it does not include ambulation.

13. At 1304, Ms. Wise is placed back on the monitor. She has been off the monitor for about an hour.

14. Between 1303 and 1351, the strip reveals persistent minimal variability overall with no accelerations.

15. At 1318, Nurse Allgood records that the midwife, Valerie Smith, has been updated on patient's status and that a biophysical profile has been ordered.

16. At 1319, according to the medical records, Steven Spivey, M.D., ordered a biophysical profile due to decreased variability. It is unclear to what extent Valerie Smith communicated the fetal status to Dr. Spivey.

17. Between 1314 and 1343, the strip shows late decelerations occurring with more that 50% of the contractions.

18. At 1351, Nurse Allgood documents an ultrasound at bedside.

19. Due to apparent loss of contact from 1353 to about 1513 the fetal monitoring strip is uninterpretable.

20. At 1435, the ultrasound results from 1351 are reported. The BPP is recorded as 6/8 due to lack of fetal tone.

21. At 1435, Nurse Allgood records that the CNM (Smith) has been updated on patient's ultrasound and that Dr. Spivey would be contacted.

22. At 1500 hours, the midwife (Smith) notes the biophysical profile of 6/10 and plans to induce labor. She notes that Dr. Spivey is aware and agrees. It is unclear from the record exactly what communication occurred between midwife Valerie Smith and Dr. Spivey..

23. An order is entered for Ms. Wise to be admitted to inpatient OB for induction of labor.

24. The Cartersville Medical Records contain a document entitled "Pre-Oxytocin and Cervical Ripening Checklist" that requires, among other things, 30 minutes of fetal monitoring prior to administering a cervical ripening agent, at least 2 accelerations in 30 minutes or a biophysical profile of 8 out of 10 within the past 4 hours or moderate variability, no late decelerations in the past 30 minutes, and no more than 2 variable decelerations exceeding 60 seconds and decreasing greater than 60 bpm from baseline within the previous 30 minutes prior to starting Oxytocin infusion. There is no record of this assessment being completed. In any case, the requirements were not met here.

25. The decision to induce at this point violated hospital policy according to the requirements listed in the checklist.

26. At 1500 hours, the midwife (Smith) notes that Ms. Wise has been admitted to inpatient status. This is the last entry in the record from midwife Smith.

27. At 1548 the strip is lost in the middle of a deceleration. The strip is indeterminate from that point on. 1548 is the last time the baby is tracing continuously.

28. At 1643, Nurse Allgood reports "difficulty tracing" despite "several positions tried."

29. Between 1651 and 1748, Nurses Allgood and Sarah Glouse, RN, report trouble and ultimately, an inability to apply the Novii monitor.

30. At 1817, Nurse Allgood reports that Rebecca Evans, CNM ("B. Evans") is at bedside for an ultrasound.

31. The bedside ultrasound performed by nurse-midwife Evans, shows no fetal heart tones.

32. At 1830, the ultrasound department is called to confirm. A stat hospital ultrasound is ordered.

33. Dr. Spivey is called and begins traveling to the hospital.

34. The hospital ultrasound confirms the absence of fetal cardiac activity.

35. At 1843, Nurse Allgood reports that Dr. Spivey talks to the patient and the family.

36. At 1916, a c-section is ordered to deliver the nonviable infant.

37. At 2002, Cathy Creamer, RN, documents, "Patient up to bathroom. Small amount of what appears to be meconium stained fluid visible on patient's bed."

38. At 2021, Lily Wise is delivered, stillborn.

39. Dr. Spivey records a post-operative diagnosis of intrauterine fetal demise at 39 weeks. He notes meconium-stained amniotic fluid and double nuchal cord, which also passed under infant's right arm.

5.

OPINIONS

Based on my review of these medical records and on my background, training, expertise, knowledge, experience, and familiarity with the degree of care and skill ordinarily employed by physicians, nurse-midwives and labor and delivery nurses when dealing with like conditions and similar circumstances, I am of the opinion that Lily Wise suffered hypoxemia,

metabolic acidemia, and ultimate progression to fetal death due to the negligence of Valerie Smith, CNM; Rebecca Evans, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; and Cartersville OB/GYN Associates, P.C.

It is my opinion, based on my review of the aforementioned documents and my background, training, expertise, knowledge, experience, and familiarity with the degree of care and skill ordinarily employed by the midwifery and nursing professions, generally, when dealing with like conditions and similar circumstances, that Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN were negligent and violated the requisite standard of care in that, among other things, they failed to properly assess the fetal heart tracing and unborn Lily's intolerance to uterine activity (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); failed to provide interventions given unborn Lily's fetal heart tracing (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); improperly ordered induction of labor despite the indications of the strip including periods of persistent minimal variability and late decels with more than 50% of contractions as evidenced by a positive contraction stress test (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN); may have failed, though the record is unclear, to properly inform the OB of the positive contraction stress test (Valerie Smith, CNM and Harbin Clinic Women's Center Etowah Valley OB/GYN); improperly ordered induction of labor despite not meeting the requirements dictated by hospital policy (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN); apparently failed, though the record is unclear, to come to bedside to assess the patient (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN); may have failed, though the record is unclear, to properly "hand off" the patient at or around 1500 when CNM Smith makes her last note in the record and, at some point, presumably, nurse-midwife Evans assumes care of the patient if midwife Smith failed to apprise

midwife Evans of fetal status (Valerie Smith, CNM and Harbin Clinic Women's Center Etowah Valley OB/GYN); and failed to ensure delivery of unborn Lily Wise before her death (Valerie Smith, CNM; Harbin Clinic Women's Center Etowah Valley OB/GYN; Rebecca Evans, CNM; and Cartersville OB/GYN). This treatment provided by these providers to Ms. Wise thus fell well below any reasonable standard of care applicable to labor and delivery nurses or nurse-midwives.

I have not expressed all of my opinions on negligence in this affidavit; as I understand Georgia law, I am only required to state one act of negligence for each potential defendant.

All of the opinions I have expressed herein were expressed within a reasonable degree of medical probability.

All of the opinions I have expressed herein constitute my opinions at this time and are based on information which I have been given. I reserve the right to change my opinions if further information is received which impacts on opinions herein given.

I make this affidavit, intending all of the statements made to be truthful and understanding myself to be under oath upon executing it, knowing that it is being executed for the purpose of being attached to and used in support of a medical malpractice complaint as required by Georgia law.

FURTHER AFFIANT SAYETH NOT.

*Michelle Collins Ph.D, CNM, FACNM, FAAN, FNAP*

MICHELLE RENEE COLLINS, PhD,
CNM


SUBSCRIBED AND SWORN TO BEFORE ME on this the 19 day of June,
2020.

ILLINOIS
Notary Public, State of Georgia

*[signature]* WINSTON
Notary's Printed Name DANIEL W WINSTON

OFFICIAL SEAL
DANIEL W WINSTON
NOTARY PUBLIC - STATE OF ILLINOIS
My Commission Expires 09/20/2021

My Commission Expires: 9/20/2021

AFFIDAVIT OF MICHELLE RENEE COLLINS, PhD, CNM

# EXHIBIT "A"
AFFIDAVIT OF MICHELLE RENEE COLLINS, PhD, CNM

EXHIBIT "A"

## MICHELLE RENEE´ COLLINS, Ph.D., CNM, RNC-EFM, FACNM, FAAN, FNAP

**PRESENT TITLE:**  Professor, Associate Dean of Academic Affairs
Rush University College of Nursing
Chicago, IL

**HOME ADDRESS:**  1255 South Michigan Ave, #1908
Chicago, IL 60605
(615) 300-0813

**OFFICE ADDRESS:**  Rush University College of Nursing
600 S. Paulina, Suite 1080L
Chicago, IL 60612
Telephone: (312) 942-4051
Michelle_collins@rush.edu

**LICENSURES:**  IL RN License #041.231930
IL APN License #209.004506
TN RN License #0000151014
TN APN License #0000011423
MN RN license

**CERTIFICATION:**  American Midwifery Certification Board #23000 (2002), current
American Academy of Pediatrics, Neonatal Resuscitation Program
Instructor, (Expiration 6/2021), current
American Heart Association, Basic Life Support, (Expiration 3/2020), current
Limited Third Trimester OB Ultrasound (2007)
American Society of Colposcopy and Cervical Pathology, Colposcopist (2003), current
National Certification Corporation – Certification in Electronic Fetal Monitoring, (Expiration 12/31/2020), current
Advanced Life Support in Obstetrics (ALSO) Provider 8/2016, current
Advanced Life Support in Obstetrics (ALSO) Instructor 8/2017, current
Centering Pregnancy Provider Certification Workshop, 2008

**EDUCATION:**

| 2012 | PhD | University of TN Health Science Center, Memphis, TN (Nursing)<br>(Dissertation: "The Effect of Progesterone Only Contraception on the Accuracy of Cervical Cytologic Interpretation") |
|------|-----|--------------------------------------|
| 2002 | MSN | Marquette University, Milwaukee, WI Major<br>Nurse-Midwifery, with honors |
| 1986 | BSN | Rockford College, Rockford, IL<br>Cum Laude |
| 1985 | Diploma | St. Anthony School of Nursing, Rockford, IL<br>Diploma of Nursing |

**PROFESSIONAL EXPERIENCE**

| | |
|---|---|
| Dec 2019 – present | University of Illinois Chicago, Nurse-Midwifery Service<br>Per Diem Clinical Position |
| May 2019 – present | Rush University College of Nursing, Chicago, IL<br>Professor, Associate Dean of Academic Affairs |
| May 2019 – present | Vanderbilt University School of Nursing, Nashville, TN<br>Adjunct Faculty |
| August 2012 – May 2019 | Vanderbilt University School of Nursing, Nashville, TN<br>Program Director, Nurse-Midwifery Educational Program |

August 2005 - present    Vanderbilt University School of Nursing, Nashville, TN

| | |
|---|---|
| Adjunct Professor of Nursing | May 2019 - present |
| Professor of Nursing | August 2015 – May 2019 |
| Associate Professor of Nursing | July 2012 – July 2015 |
| Assistant Professor of Nursing | July 2008 - June 2012 |
| Instructor of Nursing | August 2006 – July 2008 |
| Instructor of Clinical Nursing | August 2005 – August 2006 |
| Continuous full-scope practice | August 2005 – May 2019 |

| | |
|---|---|
| Jan 2003 - July 2005 | Heartland Women's Healthcare<br>Certified Nurse-Midwife, full-scope practice<br>Marion, IL |
| May 2002 - Nov 2002 | Certified Nurse-Midwife (outpatient care only)<br>Office of Arturo Manas M.D.<br>Rockford, IL |
| Jan 1990 - Dec 2000 | Permanent Charge Labor and Delivery Nurse; Childbirth Educator<br>Swedish American Hospital<br>Rockford, IL |
| 1995 - 2000 | Office Nurse, Pediatrics and Obstetrics, per diem<br>Brookside Medical Group Clinic<br>Rockford, IL |
| 1996 - 2000 | Perinatal Nurse and Educator, per diem<br>Matria Healthcare<br>Rockford, IL |
| 1990 - 2002 | Office Nurse, Obstetrics, per diem<br>Offices of J.W. Lenox M.D. and Arturo Manas M.D.<br>Rockford, IL |
| 1990 - 2000 | Office Nurse, Obstetrics and Pediatrics, per diem<br>Office of L.W. Fernando M.D., E. Shadle M.D., and M.A. Mustafa |

Rockford, IL

1989 - 1992        Office Nurse, Pediatrics
Office of E. Baptist M.D.
Rockford, IL

1985 - 1990        Staff Nurse, Obstetrics (Labor & Delivery, Postpartum, Newborn Nursery)
St. Anthony Medical Center
Rockford, IL

1995 - present      Legal consultant, independent

## COURSES TAUGHT:

N305b   Advanced Health Assessment Applications for Nurse-Midwifery
N327    Women's Health for Advanced Practice Nursing I
N330    Antepartal Care for Nurse-Midwifery
N331    Nurse-Midwifery Practicum I
N334    Skills for Nurse-Midwifery
N335    Practicum in Intrapartum/Postpartum Nurse-Midwifery Care
N336    Intrapartum/Postpartum Nurse-Midwifery Care
N339    Nurse-Midwifery Advanced Clinical Integration Experience
N399A   Scientific Underpinnings for Advanced Nursing Practice
N399B   Conceptualization and Integration of Evidence for Advanced Nursing Practice

## HONORS AND AWARDS:

2020         American College of Nurse-Midwives 2020 Distinguished Service Award
2020         National Academy of Practice, Induction as Distinguished Scholar Fellow
2018         American College of Nurse-Midwives Immunization Champion 2018 award
2017         American College of Nurse-Midwives Newton Long Award for Research
2016         Inducted as a Fellow into the American Academy of Nursing October 22, 2016
2016         American Society for Colposcopy and Cervical Pathology (ASCCP) Award of Merit
2015         Rockford College Distinguished Alumni award
2015         Murtland Lectureship Recipient for 2015
2014         Susan K. Archer Teaching Award, Vanderbilt University School of Nursing
2014         Vanderbilt University School of Nursing Deans' Media Award
2014         Inducted as a Fellow of the American College of Nurse-Midwives May 15, 2014
2013         Recipient of Vanderbilt University Outstanding Advance Practice Nurse of the Year
2012         Vanderbilt University School of Nursing Deans' Media Award
2011-2014    Tennessee Simulation in Education Fellow
2010         American College of Nurse Midwives (ACNM) Foundation Excellence in Teaching Award
2010         TN March of Dimes Women's Health Nurse of the Year
2007         ACNM Foundation Excellence in Teaching Award
1999 - 2002   Umbilical Cord Blood Donor Advocate for Midwestern United States for the National Marrow Donor Program

# RESEARCH:

2018      Co-investigator, "Barriers to Initiating or Completing the HPV vaccine series: Perceptions of Hispanic and African American Women of Childbearing Age", Vanderbilt Division of Equity, Diversity, and Inclusion.

2014 - present      Primary Site Coordinator and co-investigator as partner in the Intrapartum Nitrous Oxide Workgroup (I-NOW), "Perinatal Nitrous Oxide Data Registry" Multi-Center Creation of Data Repository of Nitrous Oxide in Childbirth Users (with Brigham and Women's Hospital, Mount Sinai West Roosevelt Medical Center, University of Colorado, University of New Mexico, University of North Carolina Chapel Hill).

2010      Investigator, Agency for Healthcare Research and Quality (AHRQ) Comprehensive EPC Comparative Effectiveness Reviews for Effective Health Care; Nitrous Oxide for Management of Labor Pain, Vanderbilt University Evidence Based Practice Center, Nashville, TN

2008      Site coordinator, "Human Papilloma Virus Detection" study, Vine Hill Clinic, Nashville, TN

2007      Research assistant, "The Effect of Guided Imagery on the Third Stage of Labor", VUMC, Nashville, TN

2005      Co-investigator, "Maternal Opioid Treatment Human Experimental Research (MOTHER) study", Vanderbilt University Medical Center (VUMC), Nashville, TN

# GRANTS:

2018      Barriers to initiating or completing the HPV vaccine series: Perceptions of Hispanic and African American Women of Childbearing Age; seed grant from Vanderbilt Division of Equity, Diversity, and Inclusion, George Hill, M.D. Vice Chancellor. $3,473.00, co-investigator with Jana Lauderdale, Ph.D, RN.

2017      American College of Nurse-Midwives Newton Long Award for Research, $1,000.00 monetary award to be utilized for conduct of "Perinatal Nitrous Oxide Data Registry" research aforementioned.

2014      Use of Nitrous Oxide During Labor and Birth & Perinatal Outcomes, Development of a US Repository of Nitrous Use; funded grant from Porter Instrument Division, Parker Hannifin Corporation for multi-center (6 sites) study. $44,100, 3 years funded. Primary site coordinator for Vanderbilt University site; co-investigator for multi-center site. Multiple research questions to be addressed.

2014      The Vanderbilt Institute for Digital Learning (VIDL) faculty seed-funding grant to promote development and research in digital learning; co-recipient of grant to research use of Google Glasses as an innovative learning format, $10,000.00

2013      ACNM Community Grant for the Vanderbilt Volunteer Doula Program, $500.00

**PUBLICATIONS:**

**Collins, M.R.** Revised/updated previously written chapter "Pap Test Abnormalities" in *Primary Care: A Collaborative Practice, 6th edition* by Buttaro, T.M. et al. Elsevier Publishing, publication (2021).

**Collins, M.R.** (2020). As member of the American College of Nurse-Midwives Professional Liability Section; Professional Liability Resources Kit. American College of Nurse-Midwives.

**Collins, M.R.** as a member of the Women's Preventative Services Initiative Multidisciplinary Steering Committee; Phipps, M. G., Son, S., Zahn, C., O'Reilly, N., Cantor, A., Frost, J., & Pappas, M. (2019). Women's Preventive Services Initiative's well-woman chart: a summary of preventive health recommendations for women. *Obstetrics & Gynecology, 134*(3), 465-469.

**Collins, M.R.** & Anderson, J. Nitrous Oxide Analgesia for Labor and Birth: A Guide for Implementation, First Edition. (2018). American College of Nurse-Midwives.

**Collins M.R.**, Association of Women's Health, Obstetric and Neonatal Nurses. (2018). Use of nitrous oxide in maternity care: AWHONN practice brief number 6. *J Obstet Gynecol Neonatal Nurs.* doi: 10.1016/j.jogn.2018.01.009.

Hensley, J. G., **Collins, M.R.**, & Leezer, C. L. (2017). Pain Management in Obstetrics. *Critical Care Nursing Clinics of North America.* 29(4):471-485.

**Collins, M.R.** (2017), Nitrous Oxide Utility in Labor and Birth: A Multipurpose Modality. *Journal of Perinatal & Neonatal Nursing.* 31(2):137-144, April/June 2017.

**Collins, M.R.** American College of Nurse-Midwives, Nitrous Oxide for Labor and Birth Analgesia. Revised statement, 2017.

Phillippi, J., Holley, S., Morad, A., & **Collins, M.R.** Share With Women: Vitamin K for Newborns. *Journal of Midwifery & Women's Health.* doi:10.1111/jmwh.12550

De Kleine, M., Habashy, M. R. and **Collins, M. R.** (2016), A Model for Enhancing Midwifery Education With a Global Health Certificate. *Journal of Midwifery & Women's Health.* doi:10.1111/jmwh.12459

**Collins, M.R.** Revised/updated previously written chapter "Pap Test Abnormalities" in *Primary Care: A Collaborative Practice, 5th edition* by Buttaro, T.M. et al. Elsevier Publishing, publication (2017).

Kennedy, B. & Baird, S. (eds). **Collins, M.R.** Module 6 Part 1 *Pain in labor and nonpharmacologic methods of relief* in Intrapartum Management Modules (2017). Lippincott, Williams & Wilkins.

Anderson, B. A., Rooks, J.P., & Barroso, R. (eds). **Collins, M.R.** Chapter 23 *Nitrous Oxide's Place in Labor and Birth* in Best practices in midwifery: Using the evidence to implement change, 2nd ed. (2016). New York, Springer Publishing Co.

Wilbeck, J., **Collins, M.R.**, Reeves, G., & Downes, E. (2016). *Strategies to Enhance Success among Dual Specialty Students in Advanced Practice Nursing Programs.* Journal of Nursing Education. 55(8) 463-466. doi: 10.3928/01484834-20160715-08.

Phillippi, J. C., Holley, S. L., Morad, A. and **Collins, M. R.** (2016), Prevention of Vitamin K Deficiency Bleeding. Journal of Midwifery & Women's Health. doi:10.1111/jmwh.12470.

Pilkenton, D., **Collins, M. R.** and Holley, S. (2015), Teaching Labor Support: An Interprofessional Simulation. Journal of Midwifery & Women's Health, 60: 699–705. doi: 10.1111/jmwh.12373

**Collins, M.R.** (2015). Is your pregnant client a candidate for "laughing gas" in labor? *Journal for Nurse Practitioners,* 12 (1), e21-22.

Munoz, E.G. & **Collins, M.R.** (2015). Establishing a volunteer doula program within a nurse-midwifery education program: a winning situation for both clients and students. *Journal of Midwifery & Women's Health,* doi: 10.1111/jmwh.12312.

Buxton, M.B., Phillippi, J.C. & **Collins, M.R.** (2015). Simulation: A new approach to teaching ethics in midwifery education. *Journal of Midwifery & Women's Health,* 60 (1), 70-74.

**Collins, M.R.** (2015). A Case Report on the anxiolytic properties of nitrous oxide during labor. *Journal of Obstetric, Gynecologic and Neonatal Nursing* 44, 87-92.

Moore-Davis, T., Schorn, M., **Collins, M.R.,** Phillippi, J., & Holley, S. (2015). Team-Based Learning for Midwifery Education, *Journal of Midwifery and Women's Health,* 60 (3), 291-297.

Pilkenton, D., **Collins, M.R.** and Holley, S. (2015). Teaching labor support: an intradisciplinary simulation. *Journal of Midwifery & Women's Health.* 2015 Nov-Dec;60(6):699-705. doi: 10.1111/jmwh.12373. Epub 2015 Nov 25.

**Collins, M.R.,** Nitrous oxide for pain relief in labor (2013), *Share with Women* in *Journal of Midwifery & Women's Health,* 58 (6).

**Collins, M.R.,** Holley, S., Moore-Davis, T., Narrigan, D. and Brucker M. (for 17 & 18).Ch. 16: *Family Planning,* Ch. 17: *Nonhormonal Contraception,* and Ch. 18: *Hormonal Contraception* in Varney's Midwifery, Fifth Edition. (2014). King, T., Brucker, M., Kriebs, J. Fahey, J., Gegor, C.& Varney, H. (Eds.) Jones & Bartlett.

Likis FE, Andrews JA, **Collins M.R.**, Lewis RM, Seroogy JJ, Starr SA, Walden RR, McPheeters ML. Nitrous oxide for the management of labor pain: a systematic review. *Anesthesia & Analgesia,* 118 (1) Jan 2014; 153-167.

**Collins, M.R.** To Dip or Not to Dip: That is the question. *The Journal for Nurse Practitioners* Vol. 9 (8) Sept 2013.

Avery, M. (Ed). **Collins, M.R.** & Dahlgren Roemmich, D.M. Chapter 9, *Water immersion for labor and birth* in Supporting a Physiologic Approach to Pregnancy and Birth: A Practical Guide (2013). Wiley-Blackwell.

**Collins, M.R.,** Starr, SA, Bishop, JT, Baysinger, CL. (2012). Nitrous oxide for labor analgesia: expanding analgesic options for women in the United States. *Reviews in Obstetrics & Gynecology,* 5 (3/4).

Stewart, L. & **Collins, M.R.** (2012). Nitrous Oxide as Labor Analgesia; Clinical Implications for Nurses. *Nursing for Women's Health,* October/Nov 16(5); 398-409.

**Collins, M.R.** (2012). The Extended Interval Schedule for Prenatal Visits. *The Journal for Nurse Practitioners,* Vol. 8(6); 488-489.

Likis FE, Andrews JA, **Collins M.R.**, Lewis, RM, Seroogy JJ, Starr SA, Walden RR, McPheeters ML. (2012). Nitrous Oxide for the Management of Labor Pain. Comparative Effectiveness Review No. 67. (Prepared by the Vanderbilt Evidence-based Practice Center under Contract No. 290-2007-10065-I.) AHRQ Publication No. 12-EHC071-EF. Rockville, MD:Agency for Healthcare Research and Quality; August 2012.www.effectivehealthcare.ahrq.gov/reports/final.cfm.

**Collins, M.R.** (2008). Bacterial Vaginosis in the Hospitalized Patient, *Nursing 2008,* December, Vol. 38 (12):22.

Lewis, S. and **Collins, M.R.** (2008), Induction of Vaginal Birth After Cesarean Using Intracervical Foley Bulb. *Journal of Midwifery & Women's Health,* 53(6): 563–566.


**PUBLICATIONS (non-refereed)**

**Collins, M.** (2020) What to Expect if you are Expecting during the Pandemic *Womensenews.org.* March 22.
https://womensenews.org/2020/03/what-to-expect-if-you-are-expecting-in-the-pandemic/

**Collins, M.** (2020) Data about maternal mortality can improve health outcomes *The Hill.* March 16.
https://thehill.com/opinion/healthcare/487807-data-about-maternal-mortality-can-improve-health-outcomes

**Collins, M**. (2020) How Midwives Could Improve Maternal Health Outcomes in the U.S. *msmagazine.com.* Feb. 11.
https://msmagazine.com/2020/02/11/how-midwives-could-improve-maternal-health-outcomes-in-the-u-s/

**Collins, M.** (2020) 2020: Entering the Year of the Midwife. *thehealthcareblog.com.* Jan 1.
https://thehealthcareblog.com/blog/2020/01/01/2020-entering-the-year-of-the-midwife/.

**Collins, M.** (2019) Call the Midwife, if you Can, *Womensenews.org.* Sept. 29.
https://womensenews.org/2019/09/call-the-midwife-if-you-can/


**PROFESSIONAL SERVICE – National:**

| | |
|---|---|
| 2019 - Present | Nominated member, Perinatal Editorial Board, Journal of Perinatal and Neonatal Nursing |
| 2019 | Nominated member, National Academies of Sciences, Engineering, and Medicine consensus committee on Research Issues in the Assessment of Birth Settings |
| 2018 – Present | Member, American Academy of Nursing Expert Panel Maternal and Infant Health, Birth Settings |
| 2017 – 2018 | Co-chair Assessment Committee, American Society for Colposcopy and Cervical Pathology (ASCCP) |
| 2017 – 2019 | Content expert for Texas Tech University DNP student studying Nitrous Oxide Implementation, Cynthia Rivas |
| 2016 – 2018 | Directors of Midwifery Education (DOME) Midwifery Fellowship Task Force |
| 2016 – Present | Accreditation Commission for Midwifery Education (ACME) Board of Review, Member |
| 2016 – Present | ACNM representative for Women's Preventative Services Initiative (WPSI) HRSA/ACOG Women's Preventative Services Initiative Multidisciplinary Steering Committee |
| 2016 | Content expert for Frontier University DNP student studying Nitrous Oxide Implementation, Marie Herrick |
| 2015 | Content expert for University of Utah DNP student studying Nitrous Oxide Implementation, Kimberly Stuck |
| 2015 – Present | ACNM/ACOG joint interdisciplinary education initiative looking at education of medical students, resident and midwifery students |
| 2015 | ACNM Healthy Birth Initiative: Reducing Primary Cesareans |
| 2014 – 2015 | Education policy section of the Division of Education, American College of Nurse-Midwives, On Duty Guidelines, DOME representative |
| 2014 – 2015 | DNP committee member for Oregon Health Science University DNP student Sarah Futernick |
| 2014 – 2015 | Content expert for University of Utah DNP student studying Nitrous Oxide Implementation, Donica Loveridge |
| 2014 – 2017 | University of Pittsburgh, Advisory Committee for Formation of Nurse-Midwifery Program |
| 2014 – Present | Affiliate Faculty Appointment, Oregon Health & Science University |
| 2014 – Present | American Society for Colposcopy and Cervical Pathology (ASCCP) mentorship Committee |
| 2014 – Present | ACNM Professional Liability Section |
| 2013 – 2014 | DOME Nurse-Midwifery Student Resident Task Force (new task force formed 2016; member of both) |
| 2013 – 2019 | DOME Primary Care in MW Education Task Force |
| 2013 | DOME liaison to Student Issues Section (SIS) of ACNM |
| 2013 | Nominated member of the award selection committee responsible for choosing 2013's recipient of the *JMWH* Best Review Article Award |
| 2013 – 2014 | Contributor to construction of the ACNM Toolkit for Physiologic Birth in the area of Nitrous Oxide Analgesia program development |
| 2012 | ACNM liaison to ACOG on nitrous oxide labor analgesia |
| 2012 – 2018 | Secretary, Directors of Midwifery Education (DOME) group |
| 2012 | U.S. Dept of Labor, contributor to the National Occupational Information Network (O*NET), Data Collection Program |

| 2012 – Present | U.S. Dept of Health and Human Services HRSA grant reviewer |
| 2012 | ACNM Rapid Reactor Survey Panelist |
| 2011 – Present | ACNM Media Expert |
| 2007 | Representative for ACNM to National Student Nurse's Association Annual meeting |
| 2007- 2012 | American Midwifery Certification Board, Exam Construction Committee (selected) |
| 2007 – Present | American Society for Colposcopy and Cervical Pathology (ASCCP), colposcopy mentor |
| 2007 – 2008 | ACNM, National Nitrous Working Group |
| 2002 – Present | ACNM, member |
| 2002 - Present | Sigma Theta Tau International, Delta Gamma Chapter, # 0387941, inducted |

## PROFESSIONAL SERVICE - State:

| 2015 | TN Dept. of Health Statewide Work Group to develop strategies and implement actions to address preterm births and infant mortality in TN |
| 2012 | ACNM Annual Meeting Local Planning Committee |
| 2008 | Middle TN Advance Practice Nurses' Association, member |
| 2005 - Present | ACNM TN Chapter (Region 3, Chapter 6), member |
| | Chapter Public Relations representative (2007-2009) |
| | Vice President of Affiliate (2012 - 2015) |

## PROFESSIONAL SERVICE - Vanderbilt University:
| 2018 | Member, Workload Taskforce |
| 2018 | Member, Search Committee, Women's Health Nurse Practitioner faculty |
| 2017 | Appointed representative for School of Nursing COACHE faculty survey project |
| 2016 – 2017 | Chair, Non-Tenure Track Promotion Committee |
| 2016 – 2019 | Member faculty practice nurse-midwifery interview committee |
| 2016 - 2017 | Member, Search Committee for Nurse-Midwifery Faculty |
| 2016 - 2017 | Member, Search Committee for Senior Associate Dean for Research |
| 2015 - 2016 | Chair, Search Committee Family Nurse Practitioner Program Director |
| 2016 – 2018 | Clinical Placement Task force |
| 2015 – 2018 | Department Education Coordinator Work Redesign Task Force |
| 2015 – 2017 | CCNE VUSON Task Force |
| 2014 – 2019 | Teach the VUMC new nurse residents |
| 2013 - 2015 | Sigma Theta Tau Iota Chapter Board member, counselor |
| 2013 | Sigma Theta Tau VUSN 60th Anniversary Planning Committee |
| 2013 - 2019 | Umbilical Cord Blood Donation Program, VUMC, Leader |
| 2013 – 2019 | Vanderbilt (Nashville) Volunteer Doula Program, Administrative leader |
| 2013 – 2014 | Clinical Practice Guidelines Committee, Nurse-Midwifery Faculty Practice, member |
| 2012 – 2019 | Non-Tenure Track Promotion Committee, member (Chair, 2016-2017) |
| 2011 | Clinical Log Replacement Search Committee, member |
| 2009 – 2012 | Nitrous Working Group VUMC, Nashville, TN, Leader |
| 2008 – 2019 | Vanderbilt University School of Nursing Faculty Nurse-Midwifery practice, Nashville, TN, Public Relations Representative |
| 2007 – 2019 | Advanced Practice Nursing Leadership Council at VUMC, Nashville, TN, member |
| 2007 – Present | American Society for Colposcopy and Cervical Pathology (ASCCP), colposcopy mentored numerous practitioners through formal colposcopy mentorship program |
| 2007 | Umbilical Cord Blood Task Force, VUMC, Nashville, TN, member |
| 2005 - 2007 | Labor and Delivery Task Force, VUMC, Nashville, TN, member |

## PROFESSIONAL SERVICE – Rush University College of Nursing:

2019          Representative for nurse-midwifery, Advance Practice Executive Committee


## COMMUNITY VOLUNTEER SERVICE:

2015 – 2019     A Step Ahead Foundation of Middle Tennessee, Medical Advisory Board Committee member
2015 – 2019     Tennessee APRN Committee representing midwifery
2013          March of Dimes Maternal Child Health Conference, committee member
2012 – 2019     Attending CNM at Shade Tree Community Clinic, student run health center
2010          Women's Health Day Event, Franklin Road Women's Center, Nashville, TN, committee member
2009          Women's Health Day Event, Vine Hill Community Clinic, Nashville, TN, organizer and committee member


## INVITED REVIEWS:

2016          *Evidence-Based Sexual and Reproductive Health,* First Edition, Jones & Bartlett.
2015          *Prenatal and Postnatal Care: A Woman-Centered Approach,* First Edition by Jordan, Engstrom, Marfell & Farley, Wiley Blackwell Publishers.
2013          *Women's Gynecologic Health,* Second Edition by Schuiling & Likis, Jones & Bartlett Publishing.
2013          *The Labor Progress Handbook* Third Edition by Simkin & Ancheta, Wiley Blackwell Publishers.
2012          "Breastfeeding" information for the consumer, National Women's Health Resource Center, http://www.healthywomen.org/condition/breastfeeding
2012          Contributing editor for the chapter "Pap Smear Abnormalities" in *Primary Care: A Collaborative Practice, 4th edition* by Buttaro, T.M. et al. Elsevier Publishing, publication 2012.
2011          Chapters "Relationships", Women at Risk", "Preconception Care" and "Fertility Control and Contraception" i *Comprehensive Women's Health Care* by Alexander, Hood, and Johnson- Mallard, Elsevier Publishing.
2009          Chapters "Recognizing Signs of Pregnancy", "Common Pregnancy Symptoms" and "Postpartum" in *Comprehensive Women's Health Care* by Alexander, Hood, and Johnson- Mallard, Elsevier Publishing.
2009          Oxford Handbook of Midwifery, Oxford University Press, published 2009.
2009          A Nurse's Guide to Presenting and Publishing: Dare to Share. *Journal of Midwifery & Women's Health.*54:e45.

## EDITORIAL REVIEW:

2019 – Present    Journal of Perinatal and Neonatal Nursing, reviewer
2014          International Journal of Health Policy and Management
2011 - Present    Journal of Midwifery & Women's Health, reviewer appointment.

## POSTER PRESENTATIONS:

2018          "Good Night Baby! A Look at Co-sleeping in the Era of the Back to Sleep Movement in the United States". Tennessee Nurse's Association annual meeting, Murfreesboro, TN. October 27, 2018

2018          Collins, M. "Helping Women Get a Step Ahead: A Unique Community Pregnancy Prevention Program", presented at Association of Women's Health Obstetric and Neonatal Nurses (AWHONN) Annual Meeting, Tampa, FL., June 24, 2018.

2018          "Formation of a Multi-institutional Data Registry: Process and Pitfalls" co-presenter with Nodine, P, Harker, E, Anderson, JA, Collins, MR, Orlando, B, Leeman, L, Gopman, S, Stein, D, & Wood, C. 30th Annual Rocky

Mountain Interprofessional Research and Evidence-Based Practice Symposium. Denver, CO. Apr. 5-6, 2018

| 2014 | "A Win-Win for All: A Nurse-Midwifery Student Run Model for A Volunteer Doula Program" co-presenter with Elizabeth Munoz MSN, CNM, Amanda Becerra BA, SNM, and Eliza Harper BA, SNM. Presented at the 59th Annual Meeting of the American College of Nurse-Midwives, Denver, CO |

2014        "Teaching Labor Support: An Interdisciplinary Simulation" co-presenter with Deanna Pilkenton MSN, CNM and Sharon Holley MSN, CNM. Presented at the 59th Annual Meeting of the American College of Nurse-Midwives, Denver, CO

2014        "Strategies to Enhance Success Among Advance Practice Nursing Programs" co-presenter with Jennifer Wilbeck DNP, PRN, CEN. Presented at National Organization of Nurse Practitioner Faculties (NONPF), Denver CO

2013        "Maternal Childbirth Satisfaction Within the Context of Obligate Midwifery" co-presenter with Nicole Mercer RN, CNM Presented at the 58th Annual Meeting of the American College of Nurse-Midwives, Nashville, TN

2012        "Nitrous Oxide for the Management of Labor Pain" Frances E. Likis, DrPH, NP, CNM; Michelle R. Collins, PhD, CNM, RNC; Sarah A. Starr, MD; Jeffrey Andrews, MD, FRCSC Presented at the 57th Annual Meeting of the American College of Nurse-Midwives, Long Beach, CA

2011        "Risk Factors for the Development of Atypical Glandular Cells of the Cervix" Southern Nursing Research Society, Annual Meeting, Santa Rosa Beach, FL

2011        "Risk Factors for the Development of Atypical Glandular Cells of the Cervix" University of TN Health Science Center, Graduate Research Day, Memphis, TN


## INTERNATIONAL PRESENTATIONS:


2018        Collins, M. "Nitrous Oxide for Labor and Childbirth" presented at the 20th National Congress of Asociación de Ginecología y Obstetricia de Costa Rica (Association of Gynecology and Obstetrics of Costa Rica) June 1, 2018.

2018        Collins, M. and the Intrapartum Nitrous Oxide Workgroup (I-NOW). "Nitrous Oxide: Best Kept Secret in Europe that the United States is Now Discovering". 13th Annual International Labor and Birth Research Conference, Ann Arbor, MI. June 25-27, 2018.

2018        Collins, M. "Good Night Baby! A Look at Co-sleeping in the Era of the Back to Sleep Movement in the United States".13th Annual International Labor and Birth Research Conference, Ann Arbor, MI. June 25-27, 2018.


## NATIONAL PRESENTATIONS:

2020        Collins, M., Jessup, D., Trego, L., Cheney, M., Gordon, W., and Alliman, J. "The National Academy of Sciences

Engineering and Medicine Consensus Study: Assessing Health Outcomes by Birth Settings" presented at American College of Nurse-Midwives Annual Meeting, Virtual due to COVID pandemic, May 29, 2020.

2020    Collins, M.. "Co-sleeping Confusion: Are Families Best Served by Current Practice?" presented at American College of Nurse-Midwives Annual Meeting, Virtual due to COVID pandemic, June 1, 2020.

2019    Collins, M. "Pain and Suffering in Labor and Birth; Pharmacologic and Non-Pharmacologic Approaches", presented at Association of Women's Health Obstetric and Neonatal Nurses (AWHONN) Annual Meeting, Atlanta, GA. June 8, 2019.

2019    Collins, M., Nodine, P., and Anderson, J. "How to Teach Students the Art of Breaking Bad News; Creating A Simulation for Midwifery Students", presented at American College of Nurse-Midwives Annual Meeting, Washington, DC. May 20, 2019.

2019    Collins, M., Nodine, P., and Anderson, J. "Women Want Choices in Childbirth: Why and How to Advocate for the Use of Nitrous Oxide", presented at American College of Nurse-Midwives Annual Meeting, Washington, DC. May 20, 2019.

2019    Collins, M. "Nitrous Oxide Utility in Labor and Birth", presented at American College of Obstetricians and Gynecologists AL/MS Section Annual Meeting, Destin, FL. May 12, 2019.

2019    Collins, M. "Midwives and Obstetricians Working Together for Maternity Care Reform in the US", presented at American College of Obstetricians and Gynecologists AL/MS Section Annual Meeting, Destin, FL. May 12, 2019.

2018    Collins, M. "What Happens When a Lawsuit Goes to Trial", 4-hour workshop, presented at American College of Nurse-Midwives Annual Meeting, Savannah, GA. May 20, 2018.

2018    Collins, M., E. Cloyd, K. Silverstein. "Who's Caring for the Midwife? Compassion and Caregiver Fatigue in the Setting of Secondary Traumatic Stress", presented at American College of Nurse-Midwives Annual Meeting, Savannah, GA. May 20, 2018.

2018    Collins, M. and Moore-Davis, T. "Teaching the Art of Breaking Bad News", presented at American College of Nurse-Midwives Annual Meeting, Savannah, GA. May 20, 2018.

2018    Collins, M. "Let's Talk about Vaccines!", Panel Member for education session, presented at American College of Nurse-Midwives Annual Meeting, Savannah, GA. May 21, 2018.

2018    Collins, M. "Back, Boxes, Beside Mom: Infant Sleeping Conundrums", presented at American College of Nurse-Midwives Annual Meeting, Savannah, GA. May 22, 2018.

2018    Collins, M. "Formation of a multi-institutional data registry: Process and pitfalls" co-presenter with Nodine, P, Harker, E, Anderson, JA, Collins, MR, Orlando, B, Leeman, L, Gopman, S, Stein, D, & Wood, C. 30th Annual Rocky Mountain Interprofessional Research and Evidence-Based Practice Symposium. Denver, CO.

2018    Collins, M. "Nitrous Oxide Use for Childbirth" presented via webinar to the TriService Nursing Research Program and Anesthesia and Military Women's Health Research Interest Group. Apr. 3, 2018

2018    Collins, M. "No Laughing Matter: Nitrous Oxide for Labor Analgesia" presented at the Association of Women's Health Obstetric and Neonatal Nurses CA State Annual Conference. Anaheim, CA. Feb.24, 2018

2018    Collins, M. "Co-sleeping Confusion: What Our Patients are Hearing and Doing" presented at the Association of Women's Health Obstetric and Neonatal Nurses CA State Annual Conference. Anaheim, CA. Feb.24, 2018

2017    Collins, M. "Nitrous Oxide: Rise in Popularity of a Novel Analgesic Modality for Childbirth" presented at the OBGYN 12th Annual Curcio Conference at Pinnacle Health Medical Center, Harrisburg, PA. Oct. 26, 2017.

2017    Collins, M. "Pain and Suffering in Labor and Birth; Pharmacologic and Non-Pharmacologic Approaches" presented at the Association of Women's Health Obstetric and Neonatal Nurses Annual Meeting, New Orleans, LA. June 24, 2017.

2017    Collins, M. and Anderson, J. representing the Perinatal Nitrous Oxide Work Group (PNOWG) "Development of Multisite National data Repository on the Use of Nitrous Oxide in Labor and Birth: Process, Pitfalls and Path for the Future" presented at American College of Nurse-Midwives Annual Meeting, Chicago, IL. May 24, 2017.

2017    Collins, M. "A Step Ahead; Developing a Unique LARC Community Program" presented at American College of Nurse-Midwives Annual Meeting, Chicago, IL. May 23, 2017.

2016    Collins, M. "Hydrotherapy: Mystery, Myths and Minutiae". Presented at the 10th annual Elizabeth Cooper Midwifery Lecture, Rochester, NY, University of Rochester Medical Center, October 13, 2016.

2016    Collins, M. "Co-sleeping Confusion: What Our Patients are Hearing and Doing". Presented at the 10th annual Elizabeth Cooper Midwifery Lecture, Rochester, NY, University of Rochester Medical Center, October 13, 2016.

2016    Collins, M. "Gas and Air: The Utility of Nitrous Oxide for Labor and Birth" Presented at the 10th annual Elizabeth Cooper Midwifery Lecture, Rochester, NY, University of Rochester Medical Center, October 13, 2016.

2016    Collins, M. "Laughing through Labor? The Utility of Nitrous Oxide in Labor and Birth" Presented at the 2016 Oregon AWHONN Fall Conference, Silverton, OR Sept 26, 2016.

2016    Collins, M. "What Women Want in Birth and Why We Should Listen to Them" Presented at the 19th National Mother Baby Nurses Conference, National Association of Neonatal Nurses, Nashville, TN Sept 8, 2016.

2016    Phillippi, J., Holley, S., Collins, M., Moore-Davis, T. & Hughlett, L. "Beyond the Google Glass: Innovative Approaches to Teaching Intrapartum Skills" Presented at American College of Nurse-Midwives Annual Meeting in Albuquerque, NM May 23, 2016.

2016    Collins, M. & Alspaugh, A. "After the Pap: Midwives Screening, Diagnosing, and Treating Cervical Dysplasia" Presented at American College of Nurse-Midwives Annual Meeting in Albuquerque, NM May 26, 2016.

2016    Collins, M. & Waxman, A. "ASCCP: Educating the Educator II" Presented at American College of Nurse-Midwives Annual Meeting in Albuquerque, NM May 21, 2016.

2016    Collins, M. & McKenna, J. "Navigating the Co-Sleeping Relationship in an Anti-Co-Sleeping Environment" Presented at American College of Nurse-Midwives Annual Meeting in Albuquerque, NM May 24, 2016.

2015     Collins, M. (Sept. 2015). "Nitrous Oxide for Use in Labor and Birth" Presented at the 2015 Lamaze Joint ICEA/Lamaze Conference. Las Vegas, NV

2015     Holley, S., Morad, A., Collins, M., & Phillippi, J. (June 2015). "Hemorrhagic Disease of the Newborn: Case Study in Effective Interdisciplinary Response to the Resurgence of a Preventable Disease" Presented at the 60th Annual Meeting of the American College of Nurse-Midwives, Washington, D.C.

2015     Collins, M. (June, 2015). Faculty presenter in Preceptor Preparation Workshop. Presented at the 60th Annual Meeting of the American College of Nurse-Midwives, Washington, D.C.

2015     Collins, M. & Munoz, E. (June, 2015). "A Winning Proposition: Establishing a Volunteer Doula Program within a Nurse-Midwifery Education Program" Presented at the 60th Annual Meeting of the American College of Nurse-Midwives, Washington, D.C.

2015     Collins, M. (June 16, 2015). "Lead a Nitrous Initiative at your Institution? Yes you can!" Association of women's Health Obstetrical and Neonatal Nurses Annual Meeting, Long Beach, CA.

2014     Pilkenton, D., Collins, M.R., & Holley, S. (October 23, 2014). "Interdisciplinary Simulation on Labor Support Therapeutic Use of Self and Effective Communication" 9th Annual National League of Nursing/Elsevier Technology Conference, Nashville, TN

2014     Collins, M. "We're All on the Same Team; Integrating Doula Support into Patient Care" Presented at Contemporary Forums Obstetrical Nursing Conference, San Francisco, CA

2014     Collins, M. "Water Immersion for Labor and Birth" Presented at Contemporary Forums Obstetrical Nursing Conference, San Francisco, CA

2014     Collins, M. "Laughing and Labor and Birth – REALLY? Nitrous Oxide as Labor Analgesia" Presented at Contemporary Forums Obstetrical Nursing Conference, San Francisco, CA

2013     Collins, M. "Laughing Through Labor? The Resurgence of Nitrous Oxide As a Labor Analgesic" Presented at the Annual Meeting of the Association of Women's Health Obstetric and Neonatal Nurses, Nashville, TN

2013     Collins, M. "The Use of Simulation to Teach Ethics in Midwifery Education" Presented at the 58th Annual Meeting of the American College of Nurse-Midwives, Nashville, TN

2013     Collins, M. "Skills Update and Review for Students, New Grads to Experienced Midwives" Presented at the 58th Annual Meeting of the American College of Nurse-Midwives, Nashville, TN

2013     Collins, M."No Laughing Matter; Nitrous Oxide is Making its Way into Births in the United States" Presented at the 58th Annual Meeting of the American College of Nurse-Midwives, Nashville, TN

2012     Collins, M. "The Use of Water Immersion for Labor and Birth" Webinar for the National Health Service Corps

2012     Collins, M." Teaching Ethics Through Simulation: A Novel Approach" Fifth Annual TN Simulation Alliance Conference

2012     Collins, M. "Nitrous Oxide use in the US: Laughing through Labor?" Webinar for the National Health Service Corps

2012        Collins, M. "Vaginal Dryness" Presented at Women's Health Conference, Symposia Medicus, Las Vegas, NV

2012        Collins, M. "Urinary Tract Infections" Presented at Women's Health Conference, Symposia Medicus, Las Vegas, NV

2012        Collins, M. "Nitrous Oxide for Labor Analgesia: American Debut" Presented at Obstetrical Grand Rounds at University of North Carolina Chapel Hill, NC

2012        Collins, M. "Back to Basics: Hydrotherapy for Labor and Birth" Presented at the 57th Annual Meeting of the American College of Nurse-Midwives, Long Beach, CA

2012        Collins, M. "Gas and Air": The Debut of Nitrous Oxide in the US" Presented at the 57th Annual Meeting of the American College of Nurse-Midwives, Long Beach, CA

2012        Collins, M. "Student Nurse-Midwife, New Grad Skills Update and Review" Presented at the 57th Annual Meeting of the American College of Nurse-Midwives, Long Beach, CA

2011        Collins, M. "Midwifery as a Profession" Presented at the Annual Meeting of National Student Nurses Association, representing the American College of Nurse-Midwives, Memphis, TN

2011        Collins, M. "The Addition of Colposcopy and LEEP Skills to your Midwifery Tool Bag" Presented at the 56th Annual Meeting of the American College of Nurse-Midwives, San Antonio, TX

2011        Collins, M. "Nitrous Oxide for Labor Analgesia in the U.S.: Making Progress! " Presented at the 56th Annual Meeting of the American College of Nurse-Midwives, San Antonio, TX

2010        Collins, M. "Nitrous Oxide for Labor Analgesia; Past, Present and Future" Presented at Vanderbilt School of Medicine Annual High Risk Obstetrics Conference, Nashville, TN

2010        Collins, M. "Hydrotherapy for Labor and Birth" Annual Meeting of the Association of Women's Health Obstetric and Neonatal Nurses Las Vegas, NV

2010        Collins, M. "Adding Colposcopy/LEEP skills to Your Midwifery Skill Set" Presented at the 55th Annual Meeting of the American College of Nurse-Midwives, Washington, D.C.

2009        Collins, M. "Water Immersion for Labor" Presented at Vanderbilt School of Medicine Annual High Risk Obstetrics Conference, Nashville, TN

2009        Collins, M. "Want to be a Teacher When You Grow Up? Incorporating Academia into your Midwifery Career" Presented at the 54th Annual Meeting of the American College of Nurse-Midwives, Seattle, WA

2009        Collins, M. "Textbook Teaching in s Dotcom World: Technology in Teaching" Presented at the 54th Annual Meeting of the American College of Nurse-Midwives, Seattle, WA

2008        Collins, M. "The Family in Crisis; Opioid addiction and the Childbearing Family", National Meeting of the American College of Nurse Practitioners, Nashville, TN

2008        Collins, M. "Opioid Addiction and Pregnancy" Presented at the 53rd Annual Meeting of the American College of Nurse-Midwives, Boston, MA

**REGIONAL PRESENTATIONS:**

2020        Collins, M. "Nitrous Oxide: the New Kid on the Block of Obstetric Pain Relief" (February 25, 2020). Rush System Nursing Research/Evidence-Based Practice Symposium, Naperville, IL.

2019        Collins, M. "Co-sleeping, Sigma, and Scholarship…What's the Link?" (November 4, 2019). Sigma Theta Tau Gamma Phi Chapter Induction, Rush University, Chicago, IL.

2019        Collins, M. "Gas and Air; the Utility of Nitrous Oxide in Childbirth". (October 16, 2019). Grand Rounds, North Shore Hospital, Evanston, IL.

2019        Collins, M. "Use of Nitrous Oxide in Labor". (June 17, 2019). CA Perinatal Advisory Council: Leadership, Advocacy, Consultation  (PAC/LAC conference *Quality of Life for Families XXIII: Improving Care for Patients Across Generations and Cultures.* Los Angeles, CA.

2019        Collins, M. "Gas and Air: The Utility of Nitrous Oxide in Childbirth". (June 11, 2019). Clinical Grand Rounds, Rush University College of Nursing. Chicago, IL.

2018        Collins, M. "The Utility of Nitrous Oxide in Childbirth". (November 13, 2018). Perinatal Leadership Summit, Dignity Health, San Diego, CA.

2018        Collins, M. "What's Old is New again; The Use of Nitrous Oxide for Childbirth". November 1, 2018). Grand Rounds, Brown University; Kent Hospital, Memorial Hospital of RI, Women & Infants Hospital.

2018        Collins, M. "A Step Ahead: Developing a Unique LARC Community Program". (October 27, 2018). Tennessee Nurse's Association annual conference, Murfreesboro, TN.

2018        Collins, M. "The Utility of Nitrous Oxide in Childbirth". (Oct. 24, 2018). Community Hospital of Munster, IN.

2018        Collins, M. "Nursing and Nurse-Midwifery as a Career" (March 5, 2018). Stewart's Creek High School HOSA Chapter Health Professions Day. Smyrna, TN.

2017        Collins, M. "Nitrous Oxide Use for Labor and Birth" (February 1, 2018). Tennova St. Mary's Hospital, Knoxville, TN.

2017        Collins, M. "Helping Women of Tennessee Get A Step Ahead; A Unique Community Pregnancy Prevention Program" (September 17, 2017). Tennessee Nurse's Association annual meeting, Murfreesboro, TN.

2017        Collins, M. "Growing Nurses and Nurse-Midwives Together; An Intradisciplinary Labor Simulation" (August 9, 2017). HPSN Southern Regional SimDay, University of South Alabama, Mobile, AL.

2017        Collins, M. "Nitrous Oxide Use in Childbirth: A Modality Gaining in Popularity" (June 29, 2017). Baystate Medical Center, Springfield, MA.

2017        Collins, M. Invited panelist for movie screening *Why not Home?* (March 26, 2017) Through Nashville Birth Collective, Nashville, TN.

2017        Collins, M. "Utility of Nitrous Oxide for Labor and Birth" (January 18, 2017). Maury Regional Medical Center, Columbia, TN

2016        Collins, M. "Are Women Laughing Through Labor? Nitrous Oxide Utility in Labor and Birth" (November 14, 2016).

Carbondale Memorial Hospital, Carbondale, IL.

| 2016 | Collins, M. "Nitrous Oxide Use in Labor and Birth" (June 7, 2016). 29th Annual Kentucky Perinatal Association Education Conference |

2016      Collins, M. "Nitrous Oxide Use in Labor and Birth" (June 7, 2016). 29th Annual Kentucky Perinatal Association Education Conference

2016      Collins, M. "Nitrous Oxide for Use in Labor and Birth", (March 9, 2016). Regional Hospital, New York City, New York

2016      Collins, M. "Nitrous Oxide for Use in Labor and Birth", (March 8, 2016). Mount Sinai Medical Center Grand Rounds, New York City, New York

2015      Collins, M. "Nitrous Oxide for Use in Labor and Birth", (November 13, 2015). 19th Annual Perinatal Conference, Mercy St. Vincent Medical Center, Toledo, OH

2015      Collins, M. "Gas and Air: The Utility of Nitrous Oxide in Labor and Birth", (November 11, 2015). Cedars-Sinai Medical Center, Grand Rounds, Los Angeles, CA

2015      Collins, M. "Evidenced Based Practice in Obstetrics", (October 1, 2015). University of Michigan School of Nursing, Nurse-Midwifery students, Ann Arbor, MI

2015      Collins, M. "Gas and Air: The Utility of Nitrous Oxide for Labor and Birth", (October 1, 2015). University of Michigan, Murtland Conference/Grand Rounds, Ann Arbor, MI

2015      Collins, M. "Nitrous Oxide for Use in Labor and Birth", (August 26, 2015) Crusader Clinic Health Organization, Rockford, IL

2015      Collins, M. "Nitrous Oxide for Use in Labor and Birth", (August 17, 2015) University of Minnesota, Grand Rounds, Minneapolis, MN

2015      Collins, M. "Nitrous Oxide in Obstetrics", (June 10, 2015) University of Utah, Grand Rounds, Salt Lake City, UT

2015      Collins, M. "Nitrous Oxide as Labor Analgesia", (April 3, 2015) Saint Anthony Medical Center, Rockford, IL

2015      Collins, M. "Nitrous Oxide as Labor Analgesia", (April 2, 2015) Swedish American Health System, Rockford, IL

2015      Collins, M. "Initiating a Nitrous Oxide Service", (April 2, 2015) Middle Tennessee Women's Health Group, Columbia, TN

2014      Pilkenton, D., Collins, M. R., & Holley, S. (November 1, 2014). "Teaching Labor Support: An Intradisciplinary Simulation". Sigma Theta Tau International 2014 Region 8 Conference, Murfreesboro, TN

2014      Collins, M. "Nitrous Oxide in Obstetrics", Association of Women's Health, Obstetric & Neonatal Nurses (AWHONN), State Meeting, Cape Cod, MA

2014      Collins, M. "What Women Want in Labor and Birth and Why We should Listen to Them", Vanderbilt University Nursing Grand Rounds, Nashville, TN

2014      Collins, M. "The Resurgence of Nitrous Oxide as a Labor Analgesic", University of South Florida Grand Rounds, USF Medical School, Tampa, FL

2014      Collins, M. "Use of Nitrous Oxide for Labor and Birth", Knoxville Birth Network, Knoxville, TN

2013    Collins, M. "Interdisciplinary Simulation on Labor Support: Therapeutic Use of Self and the Value of Teamwork", 6th Annual Tennessee Simulation Alliance Conference. Nashville, TN

2013    Collins, M. "Innovation: Pain Management Strategies in Labor and Birth", Nursing Grand Rounds, Vanderbilt University "Listening to Women; About Birth" Middle Tennessee APN Network

2012    Collins, M. "What Women Want in Birth (and Why We Should Listen to Them)" Tennessee March of Dimes Learning for Babies Conference, Franklin, TN

2012    Collins, M. "Gas and Air; Debut of Nitrous Oxide in the US" Continuing Nursing Education Rounds, VUMC OBGyn, Nashville, TN

2012    Collins, M. Panelist for talk back panel for premier of Call the Midwife

2012    Collins, M. "Use of Nitrous Oxide for Labor" University of North Carolina Chapel Hill Medical Grand Rounds, Chapel Hill, NC

2011    Collins, M. "Nitrous Oxide for Labor Analgesia" Vanderbilt University Medical Grand Rounds, Nashville, TN

2010    Collins, M. "Midwifery: Ancient Art of Serving Women" Vanderbilt University School of Medicine Women's Health Week Lecture, Nashville, TN

2010    Collins, M. "Adding Colposcopy/LEEP skills to your APN Skill Set" State of TN Breast and Cervical Cancer Program, Regional Meeting, Nashville, TN

2010    Collins, M. "Complementary Methods for the Induction of Labor" Vanderbilt School of Nursing, Nurse-Midwifery Practice, Nashville, TN

2009    Collins, M. "Nutrition in Pregnancy" Vanderbilt School of Nursing, Nurse Midwifery Practice, Nashville, TN

2009    Collins, M. "Abnormal Cervical Cancer Screening Results and Follow Up" Vanderbilt School of Nursing, Nurse-Midwifery Practice, Nashville, TN

2005    Collins, M. "Effect of Labor Medication on Breastfeeding" Southern IL Regional Breastfeeding Task Force Meeting, Carbondale, IL

2004    Collins, M. "A Day in the Life of a Nurse-Midwife" Southern IL Teen Conference, Carbondale, IL

2003    Collins, M. "Sexually Transmitted Infections and the Newly Single Woman" Southern IL Women's Conference, Carbondale, IL

**MEDIA:**

2020 – present    Weekly blogger for National Public Broadcasting System (PBS) episodes of "Call the Midwife"

2019    Not Funny: Midwife Slapped With $4,836 Bill For Laughing Gas During Her Labor. USA Today. https://www.usatoday.com/story/money/2019/06/12/labor-midwife-slapped-4-836-bill-laughing-gas-during-birth/1430755001/  June 12.

2019    Not Funny: Midwife Slapped With $4,836 Bill For Laughing Gas During Her Labor. Kaiser Health News. https://khn.org/news/not-funny-midwife-slapped-with-4836-bill-for-laughing-gas-during-her-labor/.  May 28.

2019    Considering a Home Birth? Here's What You Need to Know. Healthy Women.

https://www.healthywomen.org/content/article/considering-home-birth-heres-what-you-need-know. April 30.

2018    Do You Need a Midwife? Top questions and answers about midwife-assisted delivery. ParentMap. https://www.parentmap.com/article/pregnancy-labor-need-midwife-faq. June 26.

2018    Laughing gas makes a comeback in the delivery room as another tool to manage labor pain. World-Herald Omaha. http://www.omaha.com/livewellnebraska/plus/laughing-gas-makes-a-comeback-in-the-delivery-room-as/article_f0e3ed6e-06c3-5e99-acfe-7a6604830c37.html. April 24.

2018    Laughing gas and labor is this the pain relief option for you? Parents. https://www.parents.com/pregnancy/giving-birth/pain-relief/laughing-gas-and-labor-is-this-pain-relief-option-right-for-you/, March 2.

2017    Memorial Herman's Pilot Program re-introduces the perks of laughing gas to expecting mothers, Houston Chronicle, http://www.houstonchronicle.com/news/houston-texas/houston/article/Memorial-Hermann-s-pilot-program-re-introduces-12402503.php, December 3.

2017    Waterbirth Legionnaires' cases among newborns raise questions about water births, CNN Health, http://www.cnn.com/2017/06/20/health/water-birth-legionnaires-disease/index.html, June 20.

2017    Why I Used Laughing Gas to Ease My Labor Pain, Cosmopolitan, http://www.cosmopolitan.com/health-fitness/a9654220/why-i-used-laughing-gas-to-ease-my-labor-pain/, May 18.

2017    Natural Way: Midwife Aided, Mother Approved, https://www.tnledger.com/editorial/Article.aspx?id=97066, May 12.

2016    Hospitals Offering Laughing Gas For Women in Labor, http://www.popsugar.com/moms/Hospitals-Offering-Laughing-Gas-Women-Labor-42714114, November 15.

2016    Women Are Using Laughing Gas To Take The Edge Off Childbirth Pains https://www.buzzfeed.com/carolinekee/laughing-gas-for-all-the-labor-pains?utm_term=.reJBwngglM#.gsBr9K1ME7. November 13.

2016    NPR, Laughing gas gives women another option to manage labor pain, http://www.npr.org/sections/health-shots/2016/11/07/500273361/laughing-gas-gives-women-another-option-to-manage-labor-pain. November 7

2015    Minnesota Star Tribune, Minnesota hospitals and birth centers are bringing back laughing gas, http://www.startribune.com/minnesota-hospitals-and-birth-centers-are-bringing-back-laughing-gas/306564301/

2014    Web MD 'Water Birth' Baby Dies of Legionnaires Disease. http://www.webmd.com/parenting/baby/news/20141217/texas-infant-dies-of-legionnaires-disease-after-water-birth

2014    Fox News. Induction 101: What every pregnant woman should know. http://www.foxnews.com/health/2014/10/05/induction-101-what-every-pregnant-woman-should-know/

2014    The Atlantic.com. Using laughing gas to relieve the pain of labor. http://www.theatlantic.com/health/archive/2014/07/using-laughing-gas-to-relieve-the-pain-of-childbirth/374124/

2014    FoxNews.com, Laughing gas for childbirth: The new way to have a pain-free labor? http://www.foxnews.com/health/2014/06/15/laughing-gas-for-childbirth-new-way-to-have-pain-free-labor/

2014    Richmond Times Dispatch, Birthing Women Offered Option of Nitrous Oxide for Pain http://www.timesdispatch.com/entertainment-life/health/birthing-women-offered-option-of-nitrous-oxide-for-pain/article_9b0bd54a-5c4d-5651-b24a-92867cdde93a.html

2014    Good Morning America, interview on nitrous oxide as labor analgesia http://abcnews.go.com/GMA/video/maternity-wards-offering-laughing-gas-alternative-epidural-21459550

2014    Bring Me the Gas! Slate magazine, http://www.slate.com/articles/double_x/doublex/2014/01/laughing_gas_for_labor_could_nitrous_oxide_be_the_next_big_thing_in_american.html

2013    Girlfriend Power USA Today

2013    Natural Ways to Induce Labor Foxnews.com http://www.foxnews.com/health/2013/04/28/natural-ways-to-induce-labor/

2012 - 2019    Weekly blogger for Nashville Public Television's episodes of "Call the Midwife"

2012    Physicians and Midwives Working Together, Fit Pregnancy, publication August/Sept 2012

2012    Sex from the New Father's Perspective, parenting.com, 2/2012

2011    Advice varies on what to do when an expectant mother's water breaks before labor, Washington Post, October 31 http://www.washingtonpost.com/national/health-science/advice-varies-on-what-to-do-when-an-

| | |
|---|---|
| | _expectant_-mothers-water-breaks-before-labor/2011/09/26/gIQAWV1pZM_story.html |
| 2011 | Lyme Disease During Pregnancy, The Bump, October 13 |
| | http://pregnant.thebump.com/pregnancy/pregnancy-problems/articles/lyme-disease-during-pregnancy.aspx?page=2&MsdVisit=1 |
| 2011 | Acid Reflux During Pregnancy,The Bump |
| | http://pregnant.thebump.com/pregnancy/pregnancy-problems/articles/acid-reflux-during-pregnancy.aspx?page=2 |
| 2011 | Ensuring the Health of Expectant Mother and Baby,Today's Dietician, vol. 13 (12) 30 |
| | http://www.todaysdietitian.com/newarchives/121311p30.shtml |
| 2011 | US midwifery week, Midwives, October 4 |
| | http://www.rcm.org.uk/midwives/news/us-midwifery-week/ |
| 2011 | Pass the Nitrous Please, Quickening Quarterly Publication of ACNM, Fall 2011 edition |
| 2011 | Why Do I Crave Salt & Crushed Ice? Livestrong.com, June 13 |
| | http://www.livestrong.com/article/470146-why-do-i-crave-salt-crushed-ice/#ixzz1koyQgjFr |
| 2011 | Laughing gas returning as option for laboring moms, USA Today |
| | http://yourlife.usatoday.com/parenting-family/pregnancy/story/2011/02/Laughing-gas-returning-as-option-for-laboring-moms/43704362/1 |
| 2011 | Vanderbilt Offering Laughing Gas for Labor,Timesnews.net, June 6 |
| | http://www.timesnews.net/article.php?id=9032638 |
| 2011 | Nashville Hospital Gives Laughing Gas to Women in Labor, 13wmaz.com, June 6 |
| | http://www.13wmaz.com/news/watercooler/article/131103/155/Nashville-Hospital-Gives-Laughing-Gas-to-Women-in-Labor?odyssey=mod|newswell|text|FRONTPAGE|t |
| 2011 | Vanderbilt Offering Women Laughing Gas for Labor Pains, Johnson City Press.com, June 5, 2011 |
| | http://www.johnsoncitypress.com/News/article.php?id=91180 |
| 2011 | Vandy Now Offers Laughing Gas to Women in Labor, the Tennessean, June 1 |
| 2011 | No Laughing Matter: Vanderbilt Medical to Offer Nitrous Oxide during Childbirth, the Tennessean, May 31 |
| | |
| 2011 | Nitrous: Get this Lady Some Laughing Gas, Slate magazine, April/May issue |
| | http://www.slate.com/articles/double_x/doublex/2011/05/get_this_woman_some_laughing_gas.html |
| | DHMC to administer laughing gas to pregnant women The Dartmouth, February 16 |
| | http://thedartmouth.com/2011/02/16/news/dhmc/ |
| 2011 | Laughing Gas Returning as Option for Laboring Moms, Seattle Times, February 13 |
| 2011 | Laughing Gas For Childbirth: Is It Safe? The Huffington Post, February 13 |
| | http://www.huffingtonpost.com/2011/02/14/laughing-gas-childbirth_n_822657.html |
| 2011 | Not Just for the Dentist: Nitrous Oxide Returning to Delivery Rooms, abc news, February 13 |
| | http://abcnews.go.com/Health/WomensHealth/wireStory?id=12906849 |
| 2011 | You're Pregnant You're Beautiful, Military Spouse magazine |
| | http://www.milspouse.com/youre-pregnant-your-beautiful.aspx |
| 2011 | Laughing matter? Nitrous Oxide Returning as Option for Laboring Moms, Winston-Salem Journal, February 13, 2011 |
| 2011 | Approx. 40 media clips on pregnancy/childbirth topics for ehow |
| 2011 | 5 Ways to Prepare for Pregnancy, National Women's Health Resource Center |
| | http://www.healthywomen.org/content/article/5-ways-prepare-pregnancy?context=ages-and-stages/29&context_title=&context_description= |
| 2011 | Run Through of Birth From Start to Finish, Mybabybootie.com, pre-tape for launch of new website launching early 2012 |
| 2011 | Empowering Women in Childbirth, Mybabybootie.com, pre-tape for launch of new website launching early |
| 2011 | Pregnancy At 40 and Older – The Risks, Notes to Women, February 25 |
| | http://notestowomen.wordpress.com/2011/02/25/pregnancy-at-40-and-older-the-risks/ |
| 2010 | Magnesium Baths for Safer Pregnancy and Birth, Before Its News, June 25, 2010 |
| | http://beforeitsnews.com/story/86/464/Magnesium_Baths_for_Safer_Pregnancy_and_Birth.html |
| 2010 | Fetal heart Development, babyzone.com |

http://www.babyzone.com/pregnancy/fetal_development/article/fetal-heart-development-pg2

2010    Preeclampsia and Vitamin D Levels, babyzone.com
http://www.babyzone.com/pregnancy/health_wellness/complications/preeclampsia/article/preeclampsia-vitamin-d-levels

2010    Create an Anti-Nausea Kit, babyzone.com
http://www.babyzone.com/pregnancy/symptoms/photos_anti-nausea-kit/?cmp=smc-fb_bz_antinauseakit_preg_edit_bz

2010    How to Explore Birth Movements in Water, Livestrong.com, May 30
http://www.livestrong.com/article/134878-how-explore-birth-movements-water/

2010    Complementary Methods of Pain Relief for Labor, the Tennessean July 3

2010    Blood Donation in Pregnancy, Pregnancy & Newborn Magazine November

2010    Cross Nursing and Milk Sharing in Fit Pregnancy magazine, June/July

2010    Pregnancy and Leg Cramps, Free Advice and Tips on Pregnancy
http://www.pregnancy-advice.org/pregnancy-and-leg-cramps

2009    Labor Expectations and Experiences, Parenting Pregnancy
http://www.parenting.com/article/preparing-for-labor-day?page=0,3

2009    Approx. 50 various video clips on pregnancy/childbirth for ehow

2009    Episiotomy: Avoiding the Unkind Cut, Parenting Pregnancy
http://www.parenting.com/article/avoiding-episiotomies?page=0,2

2009    Pregnancy After 40
http://pregnantafter40.net/

2008    Breast Tenderness; Handling This Common Pregnancy Symptom in pregnancytoday.com
http://www.babyzone.com/pregnancy/symptoms/article/breast-tenderness-and-pregnancy

2008    Vaginal Dryness, Self Magazine

2008    Runners Don't Always Stop When They're Pregnant, the Tennessean, May 22

2008    What You Should Know About Becoming Pregnant After 40, Ezine articles
http://ezinearticles.com/?What-You-Should-Know-About-Becoming-Pregnant-After-40&id=4329526

2007    Do Women Get the Birth They Want? American Baby

2007    Women and Urinary Tract Infections for debut issue of Health for Women, AWHONN publication

2007    When Allergies Attack, Pregnancy & Newborn
http://www.pnmag.com/prenatal-health/prenatal-care/when-allergies-attack

2006    Breast-feeding in public may get protections, the Tennessean, January 22

2006    Breast Milk Ensures Child's Survival, ABC.com
http://abcnews.go.com/Health/Story?id=2701717&page=2

2006    Women and Pregnancy, National Women's Health Resource Center
http://www.thefreelibrary.com/Women+%26+pregnancy.-a0144446541

EXHIBIT 3

| Last Name | First Name | State of Residence |
|---|---|---|
| Abdou | JC | Georgia |
| Abdul | Afu | Georgia |
| Adams | Peter | Georgia |
| Ammons | Katharine | Alabama |
| Anderson | Randall | Georgia |
| Baggett | Charles | Georgia |
| Baker | Joseph | Georgia |
| Barbieri | Jennifer | Georgia |
| Beauchamp | Margaret | Georgia |
| Bhatt | Digant | Georgia |
| Brass | Barry | Georgia |
| Brock | Paul | Georgia |
| Bushnell | Brandon | Georgia |
| Carroll | Kathryn | Georgia |
| Carroll | John-Scott | Georgia |
| Chacko | Billy | Georgia |
| Cowan | John | Georgia |
| Davis | Melissa | Georgia |
| Dean | Marc | Georgia |
| Demissachew | Hailu | Georgia |
| Dillmon | Melissa | Georgia |
| Donadio | Richard | Georgia |
| Donner | Joshua | Georgia |
| Eberhart | Karen | Georgia |
| Ejieke | Nonyleum | Georgia |
| Fields | Jayson | Georgia |
| Fields | Katherine | Georgia |
| Finn | Stephen | Georgia |
| Floyd | Mark | Georgia |
| Galysh | Roman | Georgia |
| Garg | Raul | Georgia |
| Gilbert | William B. | Georgia |
| Gilbert | Thomas | Georgia |
| Girard | Dhru | Georgia |
| Girard | Julia | Georgia |

| Last Name | First Name | State of Residence |
|-----------|-----------|--------------------|
| Girgis | Shereef | Georgia |
| Goldin | George | Georgia |
| Gonzalez | Raul | Georgia |
| Gregory | Donna | Georgia |
| Hale | David | Georgia |
| Hampton | Frank | Georgia |
| Harbin | Robert | Georgia |
| Hard | Brian | Georgia |
| Harris | Gregory | Georgia |
| Harrison | Jason | Georgia |
| Harton | Paul | Georgia |
| Herren | David | Georgia |
| Hostetler | John | Georgia |
| Howard | Kenneth | Georgia |
| Howard | Robersteen | Georgia |
| Ishaque | M. Rashid | Georgia |
| Jackson | Charles | Georgia |
| Jarvis | Raymond | Georgia |
| Jennings | Whitney | Georgia |
| Jessie | Benjamin | Georgia |
| Kelley | Todd | Georgia |
| Khan | Dilawar | Georgia |
| Khurana | Ritu | Georgia |
| King | Robert | Georgia |
| Kirkland | John | Georgia |
| Klasson | Steven | Georgia |
| Knitig | Christopher | Georgia |
| Mansoura | Ahed | Georgia |
| Marion | Margaret | Georgia |
| Mayfield | J. Kelly | Georgia |
| McDonald | Greg | Georgia |
| McKemie | Clarence | Georgia |
| McNiece | Brian | Georgia |
| Merritt | Christopher | Georgia |
| Mezzatesta | Rita | Georgia |

| Last Name | First Name | State of Residence |
|---|---|---|
| Miller | Brandon | Georgia |
| Molina | Fernando | Georgia |
| Molnar | Jonathon | Georgia |
| Mumber | Matt | Georgia |
| Myers | Hunter | Georgia |
| Nessim | Mourad | Georgia |
| Pandya | Darshak | Georgia |
| Parsa | Cyrus | Georgia |
| Patel | Kunal | Georgia |
| Patel | Himanshu | Georgia |
| Peller | Jeffrey | Georgia |
| Pewitt | Jonathan | Georgia |
| Pickett | Sara | Georgia |
| Picon | Hector | Georgia |
| Piller | Christopher | Georgia |
| Prault | Trent | Georgia |
| Prempeh | Maxwell | Georgia |
| Pryor | Heather | Georgia |
| Puckett | Robert | Georgia |
| Pyle | Robert | Georgia |
| Raymond | Kate | Georgia |
| Reddy | Shalini | Georgia |
| Riley | James | Georgia |
| Robinson | Todd | Georgia |
| Rogers | Delmar | Georgia |
| Russo-Alesi | Frank | Georgia |
| Sabino | Henaro | Georgia |
| Schecter | Jayson | Georgia |
| Schrum | Forrest | Georgia |
| Scott | J. Ryland | Georgia |
| Simmons | John | Georgia |
| Singh | Amar | Georgia |
| Singh | Poonam | Georgia |
| Slicker | Kipp | Georgia |
| Smith | Robert | Georgia |

| Last Name | First Name | State of Residence |
|-----------|------------|--------------------|
| Spivey | Steven | Georgia |
| Stegall | Frank | Georgia |
| Styperek | Robert | Georgia |
| Subbiah | Rajeeve | Georgia |
| Sullivan | Robert | Georgia |
| Sumner | Randall | Georgia |
| Sward | Christopher | Georgia |
| Sward | Lisa | Georgia |
| Vallecilla | Diana | Georgia |
| Ware | Michael | Georgia |
| Warren | Benjamin | Georgia |
| Webb | Daniel | Georgia |
| Williams | Tammy | Georgia |
| Wilson | David | Georgia |
| Yaphockun | Caroline | Georgia |