FILED IN CLERK'S OFFICE
U.S.D.C. Rome

MAR 0 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

BECKY WISE and JAY WISE, as
Surviving Parents of LILY WISE,

    Plaintiffs,

v.

VALERIE SMITH, CNM; and
HARBIN CLINIC, LLC,
    Defendants.

CIVIL ACTION NO.

4:20-CV-191-SEG

## **VERDICT**

Please follow the instructions below and make the findings called for in each section.

### SECTION I: LIABILITY AND DAMAGES

Check one:

____✓____ We, the jury, find in favor of Plaintiffs Becky and Jay Wise, as surviving parents of Lily Wise and against Defendants Valerie Smith and her employer Harbin Clinic, LLC, and award Plaintiffs damages for the wrongful death of Lily Wise in the amount of

$___8,000,000.00_____.

**OR,**

_____ We, the jury, find in favor of Defendants Valerie Smith and her employer Harbin Clinic, LLC.

*[If you found in favor of Defendants Valerie Smith and her employer Harbin Clinic, LLC, then your deliberations are over, and you do not need to go to Section II. In that case, you should sign and date the form at the bottom of the second page and notify the Courtroom Security Officer.*

*If you found in favor of Plaintiffs Becky and Jay Wise, as the Surviving parents of Lily Wise, please go to Section II, below.]*

SECTION II: SPECIAL INTERROGATORIES

*[ONLY COMPLETE THIS SECTION IF YOU FOUND FOR THE PLAINTIFFS BECKY AND JAY WISE IN SECTION I]*

Interrogatory 1.

Do you find by a preponderance of the evidence that Cartersville Medical Center, through its employed nurses, was jointly at fault with Defendants for the death of Lily Wise?

(Check One)

__✓__ Yes

OR

_____ No.

If you answered Yes, then go to Interrogatory 2.

If you checked No, you do not need to answer Interrogatory 2, below. In that case, your foreperson should sign and date the form at the bottom and notify the Courtroom Security Officer.

Interrogatory 2.

What percentage of the total fault, if any, do you find by a preponderance of the evidence that the following persons or entities had?

____60____% - Cartersville Medical Center through its employed nurses

____40____% - Defendant Smith and Harbin Clinic, LLC

**Total (should be 100%)**

**Your deliberations are complete. Please have your foreperson print and sign their name and date below.**

This __4th__ day of March, 2025.

_Shawn Abernathy_
Shawn Abernathy    Foreperson